# **<u>Exhibit B</u>**



| | CONTRATO MAESTRO N° IHSA-EEM 01/04/2010 DE SERVICIOS RELACIONADOS A COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO | |
|---|---|---|
| Pág. 2 de 34 | | FECHA: 01/04/2010 |



Í N D I C E

**DECLARACIONES**

**CLÁUSULAS**

1. DEFINICIONES
2. INTERPRETACIÓN
3. OBJETO
4. MONTO
5. VIGENCIA
6. PLAZO DE EJECUCIÓN DE LAS FASES DEL SERVICIO
7. ESPECIFICACIONES EN LA EJECUCIÓN DEL SERVICIO
8. OBLIGACIONES DE LAS PARTES
9. FORMA DE PAGO
10. RECEPCIÓN DEL SERVICIO
11. GASTOS FINANCIEROS
12. PAGOS EN EXCESO
13. CESIÓN DE LOS DERECHOS DE COBRO
14. SERVICIOS ADICIONALES O CONCEPTOS NO PREVISTOS
15. AJUSTE DE COSTOS
16. ASPECTOS FISCALES
17. SUSPENSIÓN TEMPORAL
18. MODIFICACIONES
19. TERMINACIÓN ANTICIPADA
20. RESCISIÓN
21. GARANTÍAS
22. PÓLIZAS DE SEGURO
23. PENAS CONVENCIONALES
24. INCENTIVOS
25. CASO FORTUITO O FUERZA MAYOR
26. REPRESENTANTES AUTORIZADOS DE LAS PARTES
27. SUBCONTRATACIÓN
28. RELACIÓN DEL PRESTADOR CON SUS TRABAJADORES
29. PRÓRROGA A LA FECHA DE TERMINACIÓN
30. FINIQUITO Y TERMINACIÓN DEL CONTRATO
31. CONFIDENCIALIDAD DE LA INFORMACIÓN
32. CERTIFICACIÓN
33. DISPOSICIONES EN MATERIA DE SEGURIDAD, SALUD Y PROTECCIÓN AMBIENTAL
34. COMUNICACIONES E IDIOMA
35. ORDEN DE PRELACIÓN DE DOCUMENTOS
36. CONCILIACIÓN Y ARBITRAJE
37. LEY APLICABLE Y JURISDICCIÓN
38. ANEXOS DEL PRESENTE CONTRATO



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

Contrato Maestro de Servicios Relacionados a Compresión Centralizada de Gas en el Campo Nejo que celebran por una parte **IBEROAMERICANA DE HIDROCARBUROS S.A. DE C.V.**, a quien en lo sucesivo se le denominará **IHSA**, representada en este acto por el **Sr. Carlos Alonso Pérez**, en su carácter de **Representante Legal**, y por la otra **EXTERRAN ENERGY DE MÉXICO S.A. DE C.V.**, a quien en lo sucesivo se le denominará **EL PRESTADOR**, representada en este acto por el **Sr. Jorge Rolando Abreu Blanco** en su carácter de **Representante Legal**. Por consiguiente ambas Partes manifiestan su consentimiento de conformidad con las siguientes:

### D E C L A R A C I O N E S

**I. Declara IHSA por conducto de su Representante Legal:**

**I.1.** Ser una sociedad mercantil legalmente constituida y con existencia jurídica de conformidad con las disposiciones legales de los Estados Unidos Mexicanos y tener la capacidad legal para celebrar y cumplir las obligaciones derivadas del presente Contrato, según se acredita mediante la Escritura Pública 13,960, de fecha 20 de Marzo de 2007, otorgada ante la fe del Notario Público número 25, de la ciudad de México D.F, Licenciado Pedro José Canseco Malloy, cuyo primer testimonio quedó debidamente inscrito en el Registro Público de la Propiedad y de Comercio de la ciudad de México D.F., mediante el folio mercantil número 362,950 de fecha 10 de Abril de 2007.

**I.2.** El Señor Carlos Alonso Pérez cuenta con las facultades suficientes para celebrar el presente Contrato en representación de la empresa Iberoamericana de Hidrocarburos S.A. de C.V., las cuales a la fecha del presente instrumento no le han sido modificadas, limitadas o revocadas de forma alguna, tal y como se desprende de la Escritura Pública 138,596 de fecha 5 de Noviembre del 2007, otorgada ante la fe del Licenciado Ignacio R. Morales Lechuga, Notario Público número 116, con ejercicio en el Distrito Federal, en la cual consta la Protocolización del Acta de la Sesión del Consejo de Administración de la Sociedad, celebrada el día 8 de Octubre del 2007, en la que se acordó por unanimidad entre otros puntos, el nombramiento del Director General de la Sociedad y el ejercicio de las facultades del suscrito y cuya inscripción en el Registro Público de la Propiedad y de Comercio de la ciudad de México, D.F., corresponde al folio mercantil numero 362950 de fecha 18 de febrero de 2008.

**I.3.** Que la celebración del presente Contrato no constituye violación o incumplimiento de su parte a disposición legal o administrativa alguna, o en su caso, contrato, convenio o acto jurídico del que sea parte.

**I.4.** Que de conformidad con sus estatutos sociales, le está permitida la celebración del presente Contrato.

**I.5.** Que con motivo de su objeto social y de sus operaciones comerciales, presta servicios a terceros, entre estos, PEMEX Exploración y Producción, en base a contratos celebrados para tal efecto con dichos terceros, contratos que son autónomos respecto del presente Contrato y que derivado de ello, requiere o pudiera requerir los servicios del PRESTADOR según se acuerda en el presente Contrato.

**I.6.** Que en el evento de que los servicios bajo el presente vayan a ser parte de una subcontratación derivada de cualquier contrato con terceros, incluyendo PEMEX Exploración y Producción, IHSA deberá estar debidamente facultada para celebrar las subcontrataciones necesarias para cumplir con su objeto, de tal forma que las Órdenes de Servicio que de tiempo en tiempo se emitan bajo el presente Contrato, sean permitidas, al igual que todos los actos que para su cumplimiento sea necesario realizar, bajo los contratos en los que IHSA sea parte.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

I.7.     Su domicilio fiscal para efectos del presente Contrato se encuentra ubicado en: Avenida Melchor Ocampo número 193, Torre C, Piso 14, Letra D, Colonia Verónica Anzures, Código Postal 11300, México, D.F. y su Registro Federal de Contribuyentes corresponde al folio número IHI070320FI3.

I.8.     Que conforme sean emitidas y acordadas las Órdenes de Servicio, informará y proporcionará las normas y disposiciones que debe observar EL PRESTADOR, mismas que se encontrarán detalladas en los anexos del presente Contrato y de cada Orden de Servicio, según corresponda, así como las especificaciones generales y particulares objeto del servicio.

I.9.     Que conoce que el motivo o fin que determina a EL PRESTADOR a celebrar el presente Contrato, radica en la veracidad de todas y cada una de las declaraciones descritas anteriormente y el cumplimiento de las obligaciones bajo el mismo.

I.10.    A esta fecha y a su conocimiento, no existe litigio o procedimiento alguno que de ser resuelto en su contra pudiera afectar el cumplimiento del servicio objeto del presente Contrato, así como acción o procedimiento, orden o decreto, providencia o sentencia alguna que haya sido instaurada en su contra por cualquier autoridad gubernamental, ya sea nacional o extranjera, y que haya sido emitida para evitar, restringir o de cualquier manera limitar el cumplimiento del objeto del presente Contrato.

**II. Declara EL PRESTADOR por conducto de su Representante Legal:**

II.1.    Ser una sociedad mercantil legalmente constituida y con existencia jurídica de conformidad con las disposiciones legales de la República Mexicana y tener la capacidad legal para celebrar y cumplir las obligaciones derivadas del presente Contrato, según se acredita mediante escritura pública número 9,763 de fecha 16 de marzo del 2000, otorgada ante la fe del licenciado José Luis Villavicencio Castañeda, titular de la Notaría Pública número 218 del Distrito Federal, cuyo primer testimonio quedó debidamente inscrito bajo el folio mercantil número 266890, el 5 de septiembre de 2000.

II.2.    El Sr. Jorge Rolando Abreu Blanco cuenta con las facultades suficientes para celebrar el presente Contrato en representación de EL PRESTADOR, las cuales a la fecha del presente instrumento no le han sido modificadas, limitadas o revocadas de forma alguna, tal y como se desprende del Instrumento Público número 27,452, de fecha 9 de mayo de 2008, otorgado ante fe del Licenciado José Luis Villavicencia Castañeda, titular de la Notaría Público 218 de la Ciudad de México, D.F.

II.3.    Que la celebración del presente Contrato no constituye violación o incumplimiento de su parte por concepto de disposición legal o administrativa alguna, o en su caso, contrato, convenio o acto jurídico del que sea parte.

II.4.    Que de conformidad con sus estatutos sociales le está permitida la celebración del presente Contrato.

II.5.    Tener la capacidad legal para contratar el servicio objeto del presente Contrato, contar con la experiencia necesaria y reunir las condiciones técnicas y económicas suficientes para la eficiente ejecución de los servicios en los términos y condiciones de éste Contrato y de las Órdenes de Servicio que de tiempo en tiempo se emitan bajo el mismo.

II.6.    Su domicilio para efectos del presente Contrato se encuentra ubicado en: Boulevard Loma Real 1160 Fraccionamiento Loma Real Cd. Reynosa, Tamaulipas. C.P. 88715 y su Registro Federal de Contribuyentes corresponde al folio número EEM-000316-T21.

II.7.    A esta fecha y a su conocimiento, no existe litigio o procedimiento alguno que dé ser resuelto en su contra pudiera afectar el cumplimiento del servicio objeto del presente Contrato, así como acción o procedimiento, orden o decreto, providencia o sentencia alguna que haya sido instaurada en su

Case 4:21-cv-01840   Document 1-2   Filed on 06/07/21 in TXSD   Page 5 of 34



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 5 de 34



FECHA: 01/04/2010

contra por cualquier Autoridad Gubernamental, ya sea nacional o extranjera, y que haya sido emitida para evitar, restringir o de cualquier manera limitar el cumplimiento del objeto del presente Contrato.

**II.8.** Conocer plenamente el contenido y requisitos que establecen: (i) el Reglamento de Seguridad e Higiene de Petróleos Mexicanos y lo que resulte aplicable respecto del marco normativo de seguridad industrial, salud ocupacional, protección ambiental y ahorro de energía de Petróleos Mexicanos y Organismos Subsidiarios; (ii) los procedimientos de trabajo y Especificaciones de Construcción; (iii) las especificaciones generales y particulares objeto del servicio; (iv) el programa de ejecución, catálogo de conceptos y costo del servicio, los cuales como anexos forman parte integral del presente Contrato y de cada Orden de Servicio, según corresponda.

**II.9.** Haber inspeccionado debidamente el sitio donde se llevarán a cabo los servicios objeto del Contrato, y considerar todos los factores que intervienen o afectan su ejecución (físicos, climatológicos y ambientales, etc.), mismos que son concordantes con las especificaciones técnicas proporcionadas por IHSA.

**II.10.** Que el fin o motivo que determina a su representada a celebrar el presente Contrato, radica en la veracidad de todas y cada una de las declaraciones de IHSA y el cumplimiento de las obligaciones bajo el mismo.

**II.11.** Que conoce que el motivo o fin que determina a IHSA a celebrar el presente Contrato radica en la veracidad de todas y cada una de las declaraciones que descritas anteriormente y el cumplimiento de las obligaciones bajo el mismo.

**II.12.** Señala para los efectos de pago derivados del presente Contrato, lo siguiente:

Para Moneda Nacional:
Banco: Scotiabank Inverlat.
Cuenta: 15604103092.
Clabe: 044822156041030923.
Sucursal: 004 Centro.
Plaza: 156.

Para Dólares de los Estados Unidos de Norteamérica:
Banco: Scotiabank Inverlat.
Cuenta 15602041103
Sucursal: 004 Centro.
Plaza: 156.

## III. Las Partes de común acuerdo declaran:

**III.1.** El presente Contrato debidamente formalizado genera obligaciones legales, válidas, ejecutables y exigibles de acuerdo con sus respectivos términos.

**III.2.** Cada una de las Partes se obliga en los términos del presente Contrato, así como del contenido de las Leyes, Reglamentos y/o cualquier otra disposición u ordenamiento aplicable que norme la celebración, ejecución y cumplimiento del mismo.

**III.3.** Las Partes convienen que el cumplimiento del presente Contrato se encontrará sujeto al Código Civil Federal.

Tomando en consideración las declaraciones anteriores, las Partes convienen en obligarse de conformidad con las siguientes:



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 6 de 34



FECHA: 01/04/2010

# C L Á U S U L A S

## CLÁUSULA 1. DEFINICIONES

**"Acta de Finiquito"** Significa el acta circunstanciada a levantarse entre las partes para cada Orden de Servicio conforme lo dispuesto en el procedimiento de finiquito del Contrato.

**"Acta de Finiquito Parcial"** Significa el acta circunstanciada a levantarse entre las partes para cada Orden de Servicio conforme lo dispuesto en el procedimiento de finiquito parcial del servicio.

**"Acta de Inicio"** Significa el acta circunstanciada a levantarse para cada Orden de Servicio conforme lo dispuesto en la Cláusula 6 y que las Partes suscribirán dentro de los 10 días naturales siguientes a la emisión de una Orden de Servicio y que marcará el inicio de los efectos de cada Orden de Servicio.

**"Acta de Terminación de la Fase 1"** Significa el acta que las Partes deberán de suscribir para cada Orden de Servicio una vez que la Fase 1 de los servicios objeto de cada una de éstas sean concluidos. En dicha acta se hará constar la aceptación de IHSA de las obras e infraestructura construida dentro de la Fase 1. Igualmente, las Partes harán constar el estado físico en el que las obras e infraestructura construida en la Fase 1 se encuentra, así como cualquier salvedad u comentario que las Partes crean necesario realizar con respecto a las obras e infraestructura construida en dicha Fase. En caso de ser aplicable, las Partes dentro de la presente Acta se otorgarán el finiquito más amplio que en derecho proceda con respecto a sus respectivas obligaciones dentro de la Fase 1.

**"Análisis de Riesgo"** Significa el proceso que permite identificar eventos que pueden causar cambios. También se le conoce como Evaluación de Riesgo.

**"Anexos"** Significa cada uno de los documentos adjuntos a este Contrato o en cada Orden de Servicio, o aquellos que se llegaran a anexar con motivo de la formalización de futuros convenios y que formen parte integral de este Contrato o de cada Orden de Servicio. Los anexos se encuentran identificados en la Cláusula 38. Los Anexos del presente Contrato podrán ser modificados en detalle en cada Orden de Servicio, según sea necesario y acordado.

**"Área de Trabajo"** Significa la superficie definida en el **Anexo A y "B-1"**, y que incluye la infraestructura existente y que se encuentre exclusivamente relacionada con el objeto de este Contrato y de cada Orden de Servicio, según le sea aplicable.

**"Autoridad Gubernamental"** Significa cualquier órgano o ente judicial o administrativo perteneciente al poder judicial, legislativo o ejecutivo, ya sea a nivel federal, estatal o municipal del gobierno de los Estados Unidos Mexicanos.

**"Bases de la Convocatoria"** Significa los documentos mediante los cuales IHSA emitió la convocatoria y los requerimientos para la contratación de los servicios objeto de cada Orden de Servicio, incluyendo las minutas de las juntas de aclaraciones y demás información necesaria para la presentación de las propuestas técnico-económicas de los oferentes y que serán parte de cada Orden de Servicio.

**"Buenas Prácticas de la Industria del Petróleo "** Significa todas aquellas actividades, acciones, métodos, técnicas y estándares aplicables al servicio objeto del presente Contrato, tal y como los mismos pudieran ser modificados por los avances tecnológicos y/o disposiciones aplicables aceptados generalmente por la Industria del petróleo en materia de distribución de Hidrocarburos; y en cuya aplicación se use un grado de cuidado, destreza y prudencia que sería esperado de una persona hábil, capaz y experimentada.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 7 de 34



FECHA: 01/04/2010

"**Caso Fortuito o Fuerza Mayor**" Significa lo establecido en la Cláusula 25.

"**Catalogo de Conceptos y Precios Unitarios**" Significa la lista de precios unitarios prevista en el **Anexo "C"** de cada Orden De Servicio.

"**Códigos, Estándares y Normas**" Significa las especificaciones técnicas y normativas aplicables al servicio objeto del presente Contrato y de cada Orden de Servicio, mismas que serán de cumplimiento obligatorio para EL PRESTADOR, las cuales se encuentran en el **Anexo "B-1"**.

"**Consultora Ambiental**" Significa la empresa consultora ambiental independiente contratada por EL PRESTADOR para realizar el Estudio Ambiental Inicial o Final, así como la encargada de preparar el o los informes correspondientes.

"**Contraprestación**" Significa el pago que EL PRESTADOR recibirá por parte de IHSA en los términos expuestos en la Cláusula 4 numeral 4.1 del presente Contrato.

"**Contrato**" Significa el presente acuerdo de voluntades sobre la base de precios unitarios y tiempo determinado.

"**Contribuciones**" Significa los impuestos, aportaciones de seguridad social, contribuciones de mejoras y derechos, según se definen en el artículo 2 del Código Fiscal de la Federación.

"**Defecto**" Significa cualquier condición anormal, deficiencia, trabajo o servicio incompleto, faltante, mal ejecutado o que no cumpla con las especificaciones aplicables a cada Orden de Servicio conforme al presente Contrato y Anexos o que impida o dificulte la operación de los Equipos o Sistemas Centralizados de Compresión o su funcionamiento para el fin que fueron construidos, fabricados o diseñados, causa que deberá ser distinta a una condición provocada por un acto u omisión de IHSA, o que haya sido causada por el uso, operación o desgaste normal.

"**Día Hábil**" Significa cualquier día, con excepción de sábados, domingos y días festivos en la legislación mexicana, se exceptúan también como días hábiles aquellos en que las instituciones bancarias de la ciudad de México no presten sus servicios por requisito o disposición de ley.

"**Disposiciones Aplicables**" Significa las leyes, reglamentos y demás disposiciones expedidas en relación con el objeto del presente Contrato; las disposiciones del Contrato, Órdenes de Servicio, convenios, y Anexos; especificaciones técnicas aplicables; reglamentos, normas oficiales mexicanas (NOM´s), normas mexicanas, decretos, criterios y autorizaciones emitidas por cualquier Autoridad Gubernamental, vigentes y aplicables a los servicios objeto del presente Contrato; el Reglamento de Seguridad e Higiene de Petróleos Mexicanos y lo aplicable del marco Normativo de Seguridad Industrial, Salud Ocupacional, Protección Ambiental y Ahorro de Energía de Petróleos Mexicanos y Organismos Subsidiarios; los procedimientos de trabajo; las especificaciones de obras y servicios de IHSA; las especificaciones generales y particulares de los servicios; el programa de ejecución; los montos derivados de la ejecución del servicio y el Catálogo de Conceptos y Precios Unitarios.

"**Documentos Ambientales**" Significa todos aquellos escritos o instrumentos que contengan información, datos y análisis utilizados en el Estudio Ambiental Inicial y/o en el Estudio Ambiental Final, así como cualquier informe de revisión, o estudio base, evaluación de impacto ambiental u otra actividad ambiental de cualquier tipo realizada en el Área de Trabajo, junto con todos los borradores, copias de reportes de trabajo, notas, memorandums, actas de reuniones, documentos, datos e información directamente elaborada para la creación de los mismos.

"**Dólares**" o "**USD**" Significa la moneda de curso legal de los Estados Unidos de Norteamérica.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



Pág. 8 de 34

FECHA: 01/04/2010

"**El PRESTADOR**" Significa la empresa referida en la declaración II.1 del capítulo de declaraciones del presente Contrato.

"**Equipo**" Significa los equipos e infraestructura utilizados para la prestación de servicios bajo una Orden de Servicio, distintos a servicios de compresión de gas y el Sistema Centralizado de Compresión utilizado para éstos.

"**Especificaciones de Construcción**" Significa todas y cada una de las especificaciones y requerimientos técnicos, de ingeniería, de construcción y de desempeño del servicio de cada Orden de Servicio, listados en el **Anexo "B"**.

"**Estudio Ambiental Final**" Significa el estudio ambiental que EL PRESTADOR deberá llevar a cabo dentro de los (3) tres meses anteriores a la Fecha de Terminación, o antes en caso de rescisión o terminación anticipada de cada Orden de Servicio.

"**Estudio Ambiental Inicial**" Significa el estudio ambiental que EL PRESTADOR deberá llevar a cabo para los efectos de determinar las condiciones ambientales en el Área de Trabajo en la Fecha Efectiva.

"**Evaluación de Integridad**" Significa el proceso que permite identificar el estado de la integridad mecánica de un Equipo, Sistema Centralizado de Compresión, instalación, ducto o sistema de transporte.

"**Factor de Disponibilidad**" Significa el indicador de medición de la efectividad del servicio objeto de cada Orden de Servicio, el cual deberá ser acordado en cada caso bajo el **Anexo "B-1"**, dependiendo del tipo de servicio y Equipo, pero en el entendido sin embargo, de que para Sistemas Centralizados de Compresión, será igual o mayor a noventa y ocho por ciento (98%) de la disponibilidad operativa del Sistema Centralizado de Compresión a ser instalado por EL PRESTADOR bajo una Orden de Servicio.

"**Fecha de Recepción Final**" Significa el último día del Plazo para el cumplimiento de las obligaciones a cargo de EL PRESTADOR.

"**Fecha Efectiva**" Significa el día indicado en el Acta de Inicio, como el comienzo en la ejecución de servicio objeto de cada Orden de Servicio.

"**Garantía de Cumplimiento del Contrato**" Significa las garantías que de conformidad con lo establecido en la Cláusula 21 las Partes deberán entregar dentro de los quince (15) Días Hábiles posteriores a la firma de cada Orden de Servicio.

"**Gas Natural**" o "**Gas**" Significa los Hidrocarburos que en condiciones atmosféricas de presión y temperatura ambiente mantienen su condición gaseosa.

"**Hidrocarburos**" Significa todos los componentes de carbono e hidrógeno, incluyendo los elementos asociados que ocurren naturalmente, bien sea en la superficie terrestre o subterránea, en cualquier condición física.

"**IHSA**" Significa la empresa referida en la declaración I.1 del capítulo de declaraciones del presente Contrato.

"**Índice de Precios al Consumidor de los Estados Unidos de América**" Significa el índice de precios al consumidor publicado por el U.S. Bureau of Labors Statistics.

"**Informe Final de Obra**" Significa el informe mediante el cual EL PRESTADOR comunicará a IHSA la conclusión del servicio de conformidad con el **Anexo "B" y Anexo "B-1"**.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

"**Infraestructura**" Significa todos los Equipos, Sistemas Centralizados de Compresión, sistemas, accesorios y componentes de EL PRESTADOR, necesarios para llevar a cabo la ejecución del servicio objeto de cada Orden de Servicio.

"**Integridad Mecánica**" Significa la capacidad funcional de un elemento para cumplir una función determinada.

"**Línea Base de Evaluación**" (Baseline, por su denominación en inglés) Significa el estado general diagnosticado del sistema de transporte, establecido por las metodologías administrativas de evaluación de integridad y riesgo.

"**Mantenimiento**" Significa las actividades descritas en el **Anexo "B"**.

"**Medio Ambiente**" Significa los componentes del terreno e incluyen:
1. aire, tierra y agua;
2. todas las capas de la atmósfera;
3. toda la materia orgánica e inorgánica y los organismos vivientes; y
4. los sistemas naturales que interactúan en el mismo.

"**México**" Significa los Estados Unidos Mexicanos.

"**Orden de Servicio**" Significa el documento a través del cual IHSA y EL PRESTADOR acordarán en forma específica los servicios que serán prestados por EL PRESTADOR en cada caso y emitido de conformidad con el **Anexo "1"** del presente Contrato. Cualquier discrepancia entre los términos y condiciones de este Contrato y los de una Orden de Servicio, serán los términos y condiciones de la Orden de Servicio y sus Anexos los que prevalecerán sobre los de este Contrato.

"**Oferta Técnico-Económica de EL PRESTADOR**" Significa la oferta que EL PRESTADOR presentó y fue aceptada por IHSA como respuesta a la Bases de la Convocatoria y que forma parte de cada Orden de Servicio.

"**Parte (s)**" Significa IHSA y/o EL PRESTADOR, o ambos, según corresponda.

"**Permiso de Trabajo con Riesgo**" Significa el documento administrativo que autoriza a EL PRESTADOR a ejecutar actividades de riesgo en las instalaciones a cargo de IHSA y que debe ser tramitado por EL PRESTADOR y autorizado por personal de IHSA facultado para ello, previo al inicio del servicio de que se trate.

"**Personal de EL PRESTADOR**" Significa todos y cada uno de los trabajadores o elementos de la plantilla de personal de EL PRESTADOR de cualquier tipo y que ejecute o tenga relación con el servicio objeto del Contrato, incluyendo para tales efectos al personal de sus sub-Prestadores o Prestadores de servicios.

"**Plazo**" Significa el período establecido en cada Orden de Servicio en el cual EL PRESTADOR se obliga a ejecutar la totalidad del servicio contratado mediante una Orden de Servicio.

"**Precio Unitario**" Significa el importe por concepto de remuneración o pago total o parcial que debe cubrirse a EL PRESTADOR por unidad de concepto de servicio terminado y ejecutado conforme una Orden de Servicio.

"**Programa de Seguridad, Salud y Protección Ambiental**" Significa el programa de seguridad, salud y protección ambiental propuesto por EL PRESTADOR en cumplimiento de las políticas establecidas por IHSA de conformidad con el **Anexo "S"**.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

"**Reclamo**" Significa cualquier solicitud o requerimiento de IHSA y/o EL PRESTADOR respecto de cualquier diferencia técnica, administrativa o de cualquier otra índole que se encuentre relacionada con la interpretación del Contrato o ejecución del servicio.

"**Reglamentación aplicable a los Sistemas de Compresión de Gas**" Significa todas y cada una de las especificaciones y requerimientos técnicos, de ingeniería, y demás que resulten aplicables al desempeño de servicios de compresión de gas, según sean contratados mediante una Orden de Servicio así como las establecidas en las Disposiciones Aplicables.

"**Reporte Mensual de Avance**" Significa el reporte mensual de avance firmado por el Representante de EL PRESTADOR, que contendrá la descripción del servicio realizado durante el mes anterior, los resultados de cualquier prueba de entrega llevada a cabo de conformidad con los términos del Contrato y la Orden de Servicio correspondiente, las obras de mantenimiento, así como el estado de cumplimiento de las demás obligaciones establecidas dentro del programa de ejecución a cargo de EL PRESTADOR denominado **Anexo "DE"**.

"**Representante de EL PRESTADOR**" Significa la persona que será designada por EL PRESTADOR y estará facultada para actuar en nombre y representación de éste exclusivamente para efectos de la ejecución de una Orden de Servicio. Cualquier otro tipo de toma de decisiones estará supeditada a las facultades del Representante Legal.

"**Representante de IHSA**" Significa la persona que será designada por IHSA y estará facultada para actuar en nombre y representación de ésta exclusivamente para efectos de la ejecución de una Orden de Servicio. Cualquier otro tipo de toma de decisiones estará supeditada a las facultades del Representante Legal.

"**Responsabilidad Ambiental**" Significa el conjunto de actos o actividades tendientes a la reparación, restauración o recuperación del Medio Ambiente o de los recursos naturales en el Área de Trabajo, que hayan sido afectados o dañados por cualquiera de las Partes con motivo de la ejecución del servicio objeto de una Orden de Servicio.

"**Responsabilidad en Materia de Seguridad**" Significa el conjunto de actos o actividades que deberá realizar IHSA y/o EL PRESTADOR de conformidad con las Disposiciones Aplicables y las Buenas Prácticas de la Industria del Petróleo, a fin de evitar o minimizar la ocurrencia de daños o siniestros que pudieran derivarse de la ejecución del servicio, con el fin de preservar y proteger la integridad del personal, las instalaciones (incluidos Equipos, Sistemas Centralizados de Compresión y maquinaría) el Medio Ambiente y los recursos naturales que se encuentren dentro del Área de Trabajo.

"**Sistema Centralizado de Compresión**" Significa el conjunto de equipos e infraestructura contratado para la prestación de Servicios de compresión de baja presión bajo una Orden de Servicio.

"**Tarifa de Disponibilidad**" Significa la tarifa que cubrirá aquellos gastos no recuperables en los cuales incurra EL PRESTADOR durante los períodos de tiempo en los cuales esté parado el Equipo y/o Sistema Centralizado de Compresión por causas no imputables a EL PRESTADOR.

"**Terminación Mecánica**" Es el acto en el cual EL PRESTADOR informará, por escrito a IHSA que todos los servicios y actividades relacionadas con la Fase 1 de los Servicios han sido concluidos, por lo que resulta seguro y es posible dar comienzo a las actividades de arranque dentro de la Fase 2, quedando pendiente la creación de una lista de pendientes, estando en el entendido de que su inmediata ejecución no limitará el arranque seguro de la Planta de Acondicionamiento Nejo-3 y por lo tanto el inicio de la Fase 2.

"**Volumen Nominal**" es el Volumen Mínimo a ser suministrado por IHSA a EL PRESTADOR, con el fin de que ésta pueda prestar los Servicios, siendo esto la base para el pago de la contraprestación.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



Pág. 11 de 34

FECHA: 01/04/2010

"**Volumen Mínimo**" será la cantidad de volumen de Gas Natural a ser manejado por los Equipos contemplados en la Orden de Servicio. Esté Volumen Mínimo será entregado a EL PRESTADOR a las condiciones establecidas en los Anexos B y B-1 y sobre las cuales EL PRESTADOR realizó su Oferta Técnica-Económica.

## CLÁUSULA 2. INTERPRETACIÓN

### 2.1 USO DEL SINGULAR Y EL PLURAL

Los términos definidos en el Contrato pueden ser utilizados tanto en el Contrato como en cualquier Orden de Servicio tanto en su forma singular como en su forma plural, según lo requiera el contexto.

### 2.2 ENCABEZADOS Y REFERENCIAS

Todos los encabezados del Contrato y de cualquier Orden de Servicio se utilizan para fines de conveniencia y no serán tomados en consideración para la interpretación de los mismos, salvo que se indique expresamente lo contrario o el contexto así lo requiera, para todos los efectos de este Contrato y de cualquier Orden de Servicio, se considerará que:

1. Los términos definidos en este Contrato y de cualquier Orden de Servicio, tendrán el significado que se les asigna en la Cláusula 1 de este Contrato.
2. Todas las referencias en este documento a cláusulas o anexos se refieren a las cláusulas y a los Anexos de este Contrato y/o de cualquier Orden de Servicio, que para su validez e identificación están rubricados e identificados por las Partes.
3. Las palabras que impliquen un género se referirán a ambos géneros.
4. Todas las referencias a "días" significarán días calendario y "semanas", "meses" y "años" significarán semanas, meses y años calendario.
5. Las palabras "incluye", "incluyen", "incluyendo" o "inclusive" no constituirán limitación alguna.
6. Los decimales se expresan mediante punto.

### 2.3 EL PRESTADOR

El término EL PRESTADOR en el texto de este Contrato y de cualquier Orden de Servicio, puede ser utilizado según lo requiera el contexto, aplicándose en todos los casos la definición establecida en la Cláusula 1.

## CLÁUSULA 3. OBJETO

Por medio del presente instrumento EL PRESTADOR se obliga a proporcionar los servicios que en cada Orden de Servicio se acuerden por IHSA y EL PRESTADOR, incluyendo Servicios de Compresión Centralizada de Baja y Media Presión para Estaciones de Recolección y/o cualquier otra Activo en el Campo Nejo e IHSA se obliga a liquidar a EL PRESTADOR la contraprestación establecida en la Cláusula 4 del presente instrumento por la prestación del servicio mencionado; la ubicación para la prestación de los servicios de cada Orden de Servicio, se encuentra definida en el **Anexo "A"** del presente Contrato y de cada Orden de Sevicio. El alcance y descripción de los Servicios a prestar se encuentran descritos a mayor detalle dentro del **Anexo "B"** y **Anexo "B-1"** de cada Orden de Servicio".

El servicio se ejecutará conforme a los alcances y términos de cada Orden de Servicio y sus Anexos y del presente Contrato y sus Anexos, las Disposiciones Aplicables, Especificaciones y requerimientos técnicos, de ingeniería, de construcción y de desempeño del servicio, incluyendo los códigos y normas nacionales e internacionales, las Buenas Prácticas de la Industria del Petróleo y la Reglamentación aplicable a los Sistemas de Compresión de Gas, en caso de ser servicios de compresión de gas, con la finalidad de dar



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



cabal cumplimiento al objeto del presente Contrato y cada Orden de Servicio y preservar la integridad de la infraestructura e instalaciones del Área de Trabajo.

Las Partes convienen que los servicios serán prestados sólo cuando exista una Orden de Servicio específica ejecutada por ambas Partes, que será el instrumento exclusivo dichos efectos.

## 3.1 ALCANCE DEL SERVICIO

Con motivo de la ejecución del servicio EL PRESTADOR se obliga en cada Orden de Servicio, a proporcionarlo conforme las siguientes fases:

| FASE | DESCRIPCIÓN |
|------|-------------|
| 1 | DISEÑO, FABRICACIÓN E INSTALACIÓN DE TODA LA INFRAESTRUCTURA DE SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, PARA LA EJECUCIÓN DEL SERVICIO. |
| 2 | OPERACIÓN COMERCIAL Y MANTENIMIENTO DE LOS SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO. |
| 3 | DESMOVILIZACIÓN DE LOS SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, UTILIZADOS CON MOTIVO DE LA EJECUCIÓN DEL SERVICIO Y SANEAMIENTO AMBIENTAL DEL ÁREA DE TRABAJO Y ENTREGA DEL INFORME FINAL DE OBRA CORRESPONDIENTE. |

EL PRESTADOR deberá suministrar todos los equipos, personal, materiales y demás recursos necesarios para dar cumplimiento al objeto del presente Contrato, que le permitan mantener la disponibilidad operacional del servicio conforme la Orden de Servicio y en el caso de compresión centralizada de baja presión, superior al noventa y ocho por ciento (98%) conforme el Factor de Disponibilidad en cada caso.

EL PRESTADOR proporcionará los servicios exclusivamente en términos de su descripción y alcance, mismos que se detallan en el presente documento, la Orden de Servicio correspondiente y de conformidad con los Anexos que se describen en la Cláusula 38, así como las Bases de la Convocatoria y la Propuesta Técnico-Económica de EL PRESTADOR.

## CLÁUSULA 4. MONTO

El monto estimado correspondiente a cada servicio será señalado en cada Orden de Servicio más el Impuesto al Valor Agregado (I.V.A.) que corresponda.

## 4.1 CONTRAPRESTACIÓN

Las Partes acuerdan que IHSA pagará a EL PRESTADOR como contraprestación con motivo de la ejecución de los servicios objeto del presente Contrato las cantidades establecidas en el **Anexo "C"** de cada Orden de Servicio, bajo los términos de la Cláusula 7 del presente contrato y el **Anexo "B"** del presente contrato y cada Orden de Servicio.

## 4.2 OBLIGACIÓN DE PAGO DE LA FASE 1 DEL SERVICIO

Debido a la naturaleza de la Fase 1 del servicio, la cual se refiere al DISEÑO, FABRICACIÓN E INSTALACIÓN DE TODA LA INFRAESTRUCTURA DE SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, PARA LA EJECUCIÓN DEL SERVICIO, misma que implica el financiamiento de dicha fase por parte de EL PRESTADOR desde su inicio hasta su terminación, IHSA se obliga a su total liquidación siempre y cuando dicha fase sea concluida de conformidad con el Contrato, la Orden de Servicio y los Anexos aplicables.

Sujeto a las Cláusulas 19 y 20 de este Contrato, en caso de terminación anticipada o rescisión de este Contrato y consecuentemente de las Órdenes de Servicio asociadas o bien, en caso de terminación



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

anticipada o rescisión de cualquiera de las Órdenes de Servicio, previo a la terminación de la Fase 1 del servicio por cualquier causa no imputable a EL PRESTADOR o a Fuerza Mayor o Caso Fortuito, IHSA asume la obligación incondicional de liquidar en forma inmediata y sin necesidad de requerimiento o intervención judicial o arbitral a EL PRESTADOR la cantidad correspondiente por la prestación de los servicios y/o ejecución de las obras correspondientes que hasta dicho momento se hubieren prestado o llevado a cabo. Para dichos efectos, EL PRESTADOR deberá de entregar a IHSA el desglose de las actividades y/u obras ejecutadas así como la factura correspondiente por dichos conceptos. Una vez recibida la factura y el desglose correspondiente por IHSA, ésta deberá de pagar el monto consignado en la factura dentro de los quince (15) Días Hábiles siguientes a la recepción de dicha documentación.

## CLÁUSULA 5. VIGENCIA

El presente Contrato tendrá una vigencia de 96 (noventa y seis) meses a partir de la fecha de su firma, y podrá ser renovado de mutuo acuerdo, por períodos iguales o menores. No obstante, cualquiera de las Partes podrá darlo por terminado en cualquier momento previo aviso por escrito con por lo menos 60 (sesenta) días de anticipación a la fecha efectiva de terminación.

Para el caso de terminación de este Contrato por parte de EL PRESTADOR, si bien el Contrato se tendrá por terminado en los anteriores términos para efectos futuros, las Órdenes de Servicio emitidas y aún en ejecución, deberán permanecer vigentes hasta la terminación de cada una de éstas en los términos de este Contrato, las Órdenes de Servicio y los Anexos.

Para el caso de terminación de este Contrato por parte de IHSA, si bien el Contrato se tendrá por terminado en los anteriores términos, las Órdenes de Servicio emitidas y aún en ejecución, serán terminadas, y aplicará lo dispuesto en la Cláusula 19 del presente Contrato.

La vigencia de cada Orden de Servicio estará señalada en cada Orden de Servicio y éstas solo podrán darse por terminadas en forma anticipada por IHSA, aplicando lo dispuesto en la Cláusula 19 del presente Contrato.

## CLÁUSULA 6. PLAZO DE EJECUCIÓN DE LAS FASES DEL SERVICIO

Las fases de ejecución del servicio objeto de cada Orden de Servicio, deberán llevarse a cabo en el Plazo total señalado en la Orden de Servicio correspondiente. Dicho Plazo, será contado a partir de la formalización entre las Partes del Acta de Inicio, fecha que será considerada para efectos de cada Orden de Servicio como Fecha Efectiva. En ese sentido, las Partes acuerdan que deberán de suscribir el Acta de Inicio dentro de los 10 días naturales siguientes a la firma de cada Orden de Servicio.

En consecuencia de lo anterior, el plazo de ejecución de cada una de las fases de cada Orden de Servicio será el siguiente:

## FASE UNO

**DISEÑO, FABRICACIÓN E INSTALACIÓN DE TODA LA INFRAESTRUCTURA DE SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, PARA LA EJECUCIÓN DEL SERVICIO,** tendrá la duración máxima de días naturales establecida en la Orden de Servicio correspondiente.

## FASE DOS

**OPERACIÓN COMERCIAL Y MANTENIMIENTO DE LOS SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO,** tendrá la duración máxima de días naturales establecida en la Orden de Servicio correspondiente con el número de días naturales de prórroga establecido en la Orden de Servicio correspondiente.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

**FASE TRES**

**DESMOVILIZACIÓN DE LOS SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, UTILIZADOS CON MOTIVO DE LA EJECUCIÓN DEL SERVICIO Y SANEAMIENTO AMBIENTAL DEL ÁREA DE TRABAJO Y ENTREGA DEL INFORME FINAL DE OBRA CORRESPONDIENTE**, tendrá la duración máxima de días naturales establecida en la Orden de Servicio correspondiente.

## CLÁUSULA 7. ESPECIFICACIONES EN LA EJECUCIÓN DEL SERVICIO

EL PRESTADOR ejecutará cada servicio por instrucciones de IHSA y para beneficio de ésta, sin que constituya otorgamiento de concesión o contrato alguno para la explotación de Hidrocarburos. EL PRESTADOR realizará cada servicio con sujeción a los términos del Contrato, cada Orden de Servicio y las Disposiciones Aplicables. IHSA ejercerá en todo momento el dominio directo de los hidrocarburos, de los sistemas de transporte, así como la supervisión permanente de cada servicio y el control del mismo una vez concluido en los términos del Contrato y de cada Orden de Servicio. IHSA tomará las decisiones fundamentales respecto del servicio, según lo requieran sus necesidades.

Las instrucciones que reciba EL PRESTADOR podrán ser emitidas por escrito o por medios electrónicos de comunicación, sin que tal hecho constituya otorgamiento de concesión o contrato alguno para la explotación de hidrocarburos a favor de EL PRESTADOR. Cualquier instrucción verbal que emita IHSA a EL PRESTADOR deberá confirmarla por escrito.

Con respecto a la contraprestación que EL PRESTADOR recibirá por parte de IHSA, las Partes acuerdan lo siguiente:

1. EL PRESTADOR no recibirá cantidad o porcentaje alguno de los productos tratados, ni de cualesquiera otros productos de IHSA en virtud de la celebración del Contrato;
2. No participará de forma alguna, ni recibirá beneficios derivados de los resultados del proceso de compresión de gas; y
3. No será propietario de los activos ubicados en el Área de Trabajo, salvo aquellos expresamente definidos en el **Anexo "B-1"** del presente Contrato y de la Orden de Servicio.

Con base en lo anterior, el presente Contrato no otorga ni constituye derecho alguno a favor de EL PRESTADOR para explotar, explorar, almacenar, distribuir, producir o transportar gas, y ninguna de las disposiciones del presente Contrato ni de cualquier Orden de Servicio, tiene por objeto crear (ni podrá ser interpretada como tal), una persona jurídica o asociación entre IHSA y EL PRESTADOR , tales como un contrato de riesgo compartido, contrato de producción o de ganancias compartidas o cualquier acuerdo de voluntades de naturaleza similar a los anteriores, tal y como se conocen dichos contratos en la industria petrolera.

## CLÁUSULA 8. OBLIGACIONES DE LAS PARTES

**8.1 DE IHSA**

En adición a las obligaciones principales de IHSA de pagar la contraprestación a EL PRESTADOR en los términos aquí pactados y de ejercer control permanente y supervisión del servicio, tendrá las siguientes obligaciones específicas:

1. Entregar un volumen de gas en un punto específico dentro del Área de Trabajo a los niveles de presión acordados en el **Anexo "B-1"** del presente contrato y cada Orden de Servicio. La capacidad disponible del sistema de compresión de gas para cumplir dicho estándar debe ser igual o superior a noventa y ocho por ciento (98%).



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 15 de 34



FECHA: 01/04/2010

2. Proporcionar a EL PRESTADOR libre acceso y facilidades al Área de Trabajo, debiendo IHSA realizar sus mejores esfuerzos para que el libre acceso y facilidades sean garantizados a EL PRESTADOR en todo momento.

3. Coordinar con EL PRESTADOR el levantamiento de las Actas de Inicio, Recepción Parcial y Final.

4. Proporcionar a EL PRESTADOR la información que en su caso solicite y que esté directamente relacionada con el objeto del Contrato y de cada Orden de Servicio.

5. Pago de la contraprestación por concepto de los servicios objeto del Contrato y de cada Orden de Servicio, siempre y cuando sean cubiertos los requisitos establecidos en la Cláusula 10.

6. Informar a EL PRESTADOR de manera inmediata de cualquier circunstancia que pudiere llegar a afectar el Área de Trabajo y/o la prestación del servicio materia del presente Contrato y de cada Orden de Servicio.

7. Solicitar los permisos, renovaciones o prórrogas que le correspondan, relacionadas o necesarias para la ejecución del servicio. EL PRESTADOR deberá cooperar suministrando oportunamente la información que IHSA pueda requerir para solicitar, renovar o prorrogar tales permisos.

**8.2 DEL PRESTADOR**

En adición a la obligación principal de EL PRESTADOR de ejecutar el servicio tendrá las siguientes obligaciones específicas:

1. EL PRESTADOR será responsable de la ejecución del servicio y por los daños atribuibles directamente a este ocasionados cuando el servicio materia del presente Contrato no haya sido realizado de conformidad con lo establecido en el presente Contrato y de cada Orden de Servicio o sus Anexos.

   En caso de que EL PRESTADOR considere que cualquier instrucción emitida por parte de IHSA, pone en riesgo la integridad de sus bienes o personal o en su defecto el cumplimiento en la ejecución del servicio materia del presente Contrato o de cualquier Orden de Servicio, podrá oponerse en un plazo de cinco (5) días naturales mediante la presentación de la justificación correspondiente a partir de la recepción de la instrucción por parte de IHSA. En ningún caso **EL PRESTADOR** será responsable por cualquier contingencia, daño o perjuicio, lesión o afectación causada por la ejecución de las instrucciones de **IHSA**, salvo negligencia o mala fe de **EL PRESTADOR**.

2. En caso de que EL PRESTADOR realice trabajos o preste servicios en exceso de lo aquí pactado, sin acordarlo previamente con IHSA, este asumirá el costo, demolición, reparación, restauración, corrección o reposición inmediata sin derecho a retribución adicional alguna.

3. Si EL PRESTADOR realiza servicios por mayor valor de lo contratado, independientemente de la responsabilidad en que incurra por la ejecución de los servicios excedentes, no tendrá derecho a reclamar pago alguno, ni modificación alguna del Plazo de ejecución del servicio, con excepción de que dichos servicios los hubiere solicitado IHSA.

4. EL PRESTADOR deberá sujetarse a las Disposiciones Aplicables, así como a los reglamentos y ordenamientos de las autoridades competentes en materia de construcción, seguridad, uso de la vía pública, protección de la ecológica y del Medio Ambiente que rijan en el ámbito federal, estatal o municipal y las disposiciones de seguridad e higiene de IHSA para la ejecución del servicio, así como lo establecido en el **Anexo "S"**; para lo cual se obliga a conocer las normas y reglamentos respectivos aplicables al tipo de servicio contratado.

5. El PRESTADOR será responsable de los daños y perjuicios que cause a IHSA o a terceras personas con motivo de la inobservancia de las instrucciones emitidas por escrito por parte de IHSA o por violación a las leyes, reglamentos, ordenamientos de autoridades o cualquier otro que resulte aplicable.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010**
**DE SERVICIOS RELACIONADOS A**
**COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

6. Desde el momento en que EL PRESTADOR reciba de IHSA el Área de Trabajo, este realizará sus mejores esfuerzos para llevar a cabo la conservación y la limpieza del Área de Trabajo hasta el momento de su devolución a IHSA. En caso que IHSA realice alguna acción tendiente a la conservación o limpieza en el Área de Trabajo, las Partes acordarán lo respectivo en relación al alcance de dichas acciones.

7. Será responsabilidad de EL PRESTADOR inspeccionar el Área de Trabajo y sus alrededores, obtener la información disponible relacionada con la misma, evaluar todas las condiciones, asuntos y circunstancias que inciden en los costos del servicio, incluyendo el estado de las instalaciones existentes en el Área de Trabajo, la disponibilidad de infraestructura de transporte y servicios públicos como: electricidad, agua y teléfono, las condiciones y características hidrológicas y climáticas del suelo y de las Disposiciones Aplicables; por tanto IHSA no será responsable de la idoneidad del Área de Trabajo para la realización del servicio y de las condiciones imperantes para la ejecución del mismo.

8. EL PRESTADOR será también responsable de la seguridad de todas las personas que estén bajo su control y que se encuentren en el Área de Trabajo, así como de conducir en forma ordenada la ejecución de los servicios para evitar riesgos y deberá tomar las medidas apropiadas de conformidad con las Disposiciones Aplicables para prevenir pérdidas, daños a personas o a propiedades en el Área de Trabajo o sus alrededores.

9. EL PRESTADOR deberá tomar las medidas razonables para proteger de daños al Medio Ambiente dentro y en las cercanías del Área de Trabajo, y evitará daños o molestias a terceros que resulten de la emisión de ruido u otras causas generadas por la ejecución del servicio

10. Cuando aparecieren defectos o vicios ocultos en los servicios ejecutados o bienes que se provean para la ejecución de los mismo dentro del año siguiente a la fecha de terminación establecida en el Acta de Finiquito Parcial o Total, IHSA solicitará su reparación o reposición inmediata que hará por su cuenta EL PRESTADOR sin que tenga derecho a retribución. Si EL PRESTADOR no atendiere los requerimientos de IHSA en el plazo estipulado, éste podrá encomendar a terceros o hacer directamente la reparación o reposición de que se trate, en los términos de las disposiciones legales aplicables, con cargo a EL PRESTADOR

11. Si EL PRESTADOR no atendiese los defectos y/o vicios ocultos en los servicios ejecutados o en los bienes que se provean para la ejecución objeto de cada Orden de Servicio en el plazo solicitado por IHSA, ésta hará efectiva la garantía correspondiente que se describe en la Cláusula 21 del Contrato.

12. EL PRESTADOR manifiesta que mantendrá vigente durante el plazo de cada Orden de Servicio la capacidad necesaria para cumplir con la ejecución del servicio de cada una de éstas, incluyendo los recursos técnicos, económicos y financieros ofertados en su Propuesta Técnico-Económica que forma parte integral de las Bases de la Convocatoria.

13. Adicionalmente EL PRESTADOR se compromete a orientar sus esfuerzos con motivo de dar cumplimiento a la ejecución del servicio en los términos pactados con IHSA, con la finalidad de que ésta obtenga el servicio de compresión de gas durante el plazo y la disponibilidad operacional del Sistema Centralizado de Compresión superior al noventa y ocho por ciento (98%).

## CLÁUSULA 9. FORMA DE PAGO

EL PRESTADOR recibirá por parte de IHSA como contraprestación por los servicios materia del presente Contrato y de cada Orden de Servicio, el importe que resulte de aplicar el Precio Unitario establecido en el **Anexo "C"** por el número de unidades efectivamente realizadas conforme al **Anexo "DE"**. Dicho pago estará condicionado al cumplimiento de las disposiciones del Contrato y el **Anexo "B"** y **Anexo "B-1"**.

El monto a pagar por el servicio objeto del Contrato tratándose de cualquiera de las fases establecidas en la Cláusula 6 y de la Orden de Servicio correspondiente, será el contenido en las estimaciones que abarcarán



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010**
**DE SERVICIOS RELACIONADOS A**
**COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

periodos mensuales y serán presentadas por EL PRESTADOR al Representante de IHSA, acompañadas de la documentación que acredite la procedencia del pago, misma que se encuentra descrita en el **Anexo "B"**, dentro de los seis (6) días naturales siguientes a la fecha de corte, fecha que será el último día del mes calendario correspondiente; si las estimaciones no son presentadas en el término antes señalado, la estimación correspondiente se presentará en la siguiente fecha de corte, sin que ello dé lugar a la reclamación de gastos y/o costos financieros por parte de EL PRESTADOR.

El Representante de IHSA para realizar la revisión y autorización de las estimaciones contará con un plazo no mayor de diez (10) días naturales siguientes a la fecha de presentación de la documentación correspondiente. En el supuesto de que surjan diferencias técnicas o numéricas que no puedan ser autorizadas dentro de dicho plazo, éstas se resolverán e incorporarán en la siguiente estimación. No obstante a lo anterior y en caso de que transcurra dicho plazo sin que el Representante de IHSA emita opinión alguna (aceptación o rechazo), las estimaciones se consideraran aceptadas.

En caso que la estimación sea rechazada, el Representante de IHSA deberá especificar las razones por las cuales rechazo la estimación correspondiente, con el fin de que EL PRESTADOR pueda emitir nuevamente la estimación. En caso que IHSA ó su Representante informe a EL PRESTADOR la razón del rechazo, y en su caso EL PRESTADOR acredite la procedencia de la estimación correspondiente, ésta se tendrá por aceptada. Cada estimación deberá establecer el cálculo de la cantidad debida por concepto de la prestación del servicio objeto de cada Orden de Servicio.

En el análisis y cálculo de los importes de pago, EL PRESTADOR deberá considerar los derechos e impuestos que resulten aplicables en los términos de las leyes fiscales. EL PRESTADOR será el único responsable de que las facturas que se presenten para su pago cumplan con los requisitos administrativos y fiscales, por lo que el atraso en su pago por la falta de alguno de estos requisitos o por su presentación incorrecta o tardía, no será motivo para solicitar el pago de gasto administrativo o financiero alguno.

Las estimaciones presentadas por EL PRESTADOR y autorizadas por IHSA deberán pagarse por esta última y bajo su responsabilidad en un plazo no mayor a treinta (30) días naturales contados a partir de la fecha de su autorización por parte del Representante de IHSA, fecha que se hará constar en dichos documentos.

EL PRESTADOR recibirá los pagos correspondientes mediante depósito bancario a la cuenta indicada en la declaración marcada con el inciso II.12 del capítulo denominado Declaraciones de EL PRESTADOR. IHSA se reserva expresamente el derecho de reclamar por servicios mal ejecutados y en su caso, por los pagos en exceso que se hayan efectuado durante el plazo de noventa (90) días naturales a partir de la recepción del servicio, transcurrido dicho plazo sin que se presente reclamación alguna, el servicio se considerará definitivamente aceptado e IHSA liberará a EL PRESTADOR de cualquier obligación relacionada con el mismo.

Recibido el pago por EL PRESTADOR, éste tendrá noventa (90) días naturales para inconformarse sobre cualquier aspecto del mismo; transcurrido dicho plazo sin que se presente reclamación alguna, el pago se considerará definitivamente aceptado y EL PRESTADOR liberará a IHSA de cualquier obligación relacionada con el mismo.

Los pagos en moneda extranjera se efectuarán en moneda nacional al tipo de cambio que publique el Banco de México en el Diario Oficial de la Federación al día anterior en que se realice el pago.

## CLÁUSULA 10. RECEPCIÓN DEL SERVICIO

A los efectos de determinar el cumplimiento de los requerimientos de aceptación del servicio en cada una de las fases establecidas en la Cláusula 6 y de la Orden de Servicio correspondiente, EL PRESTADOR deberá documentar su ejecución para cada una de dichas fases, con los siguientes documentos:



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



## FASE UNO

**DISEÑO, FABRICACIÓN E INSTALACIÓN DE TODA LA INFRAESTRUCTURA DE SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, PARA LA EJECUCIÓN DEL SERVICIO.** Una vez que concluya la Fase 1 del servicio, las Partes suscribirán el Acta de Terminación de la Fase 1 lo que indica la Terminación Mecánica de las facilidades. La suscripción del Acta de Terminación de la Fase 1 marcará la aceptación de IHSA de los servicios y/u obras realizados en ésta Fase y el inicio de la Fase 2 de los servicios objeto de cada Orden de Servicio.

## FASE DOS

**OPERACIÓN COMERCIAL Y MANTENIMIENTO DE LOS SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO.** Los reportes necesarios para determinación mensual del pago por el servicio recibido, de acuerdo con lo indicado en la Sección 6.3.6 del **Anexo "B"**.

## FASE TRES

**DESMOVILIZACIÓN DE LOS SISTEMAS CENTRALIZADOS DE COMPRESIÓN O EQUIPOS, SEGÚN SEA EL CASO, UTILIZADOS CON MOTIVO DE LA EJECUCIÓN DEL SERVICIO Y SANEAMIENTO AMBIENTAL DEL ÁREA DE TRABAJO Y ENTREGA DEL INFORME FINAL DE OBRA CORRESPONDIENTE,** Una vez que concluya la Fase 3 del servicio, las Partes suscribirán el Acta de Finiquito. La suscripción del Acta de Finiquito marcará la aceptación de IHSA de los servicios y/u obras realizados en ésta Fase así como la aceptación y conformidad total con los servicios y/u obras prestados y/o ejecutados por EL PRESTADOR al amparo del presente Contrato y de cada Orden de Servicio.

## CLÁUSULA 11. GASTOS FINANCIEROS (INTERESES MORATORIOS)

Con respecto a los gastos financieros (intereses moratorios) de EL PRESTADOR derivados de la mora en el pago de la contraprestación por parte de IHSA, ello se regirá por lo dispuesto en la Cláusula 23.4 siguiente.

## CLÁUSULA 12. PAGOS EN EXCESO

Tratándose de pagos en exceso que haya recibido EL PRESTADOR, éste deberá reintegrar las cantidades pagadas en exceso en un período que no excederá de sesenta (60) días naturales, siguientes a la fecha en que IHSA haya realizado el requerimiento correspondiente, mediante la entrega de la cantidad en efectivo que se haya depositada en exceso, en cuyo caso las Partes firmaran el recibo y finiquito correspondiente por dicha cantidad.

## CLÁUSULA 13. CESIÓN DE LOS DERECHOS DE COBRO

Ninguna de las partes podrá ceder los derechos de cobro que se deriven del presente Contrato y de cualquier Orden de Servicio, en forma parcial o total en favor de cualquier persona física o moral sin previo consentimiento por escrito de la otra parte, quien resolverá lo procedente en un término de quince (15) días naturales contados a partir de la presentación de la solicitud por escrito. En caso de que transcurra el plazo antes referido sin que dicha parte haya dado respuesta por escrito a la citada solicitud, ésta se tendrá por no aceptada. No obstante a lo anterior, no se podrá negar la cesión por razones injustificadas. Cualquiera de las partes podrá en cualquier momento ceder sus derechos y obligaciones derivadas del presente Contrato y de cualquier Orden de Servicios, sin la necesidad de contar con el consentimiento de la otra parte, a cualquier persona moral miembro de su mismo grupo de interés económico (i.e., sociedad controladora, filiales, subsidiarias etc). En ese sentido, el único requisito que deberá cumplir el cedente para llevar a cabo dicha cesión, será la de notificar la misma a la otra parte con una anticipación de 15 días naturales a la fecha en que la citada cesión se lleve a cabo.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 19 de 34



FECHA: 01/04/2010

## CLÁUSULA 14. SERVICIOS ADICIONALES O CONCEPTOS NO PREVISTOS

Si durante el Plazo del Contrato IHSA requiere la prestación y/o ejecución de servicios adicionales o conceptos no previstos en el **Anexo "C"** de la Orden de Servicio, o bien EL PRESTADOR se percata de la necesidad de ejecutarlos, sólo podrán llevarse a cabo una vez que las Partes lleguen a un acuerdo por escrito mediante la formalización del convenio respectivo para la Orden de Servicio que corresponda.

En caso de que ocurran los supuestos antes descritos, EL PRESTADOR una vez ejecutados los servicios adicionales o los conceptos no previstos, podrá elaborar las estimaciones correspondientes y presentarlas a IHSA para su pago, quién se obliga a pagarlas en los mismo términos establecidos en la Cláusula 9 y demás aplicables.

Tratándose de cantidades adicionales, éstas se pagarán de conformidad con los Precios Unitarios pactados en el **Anexo "C"** de la Orden de Servicio que corresponda. Tratándose de conceptos no previstos, sus precios unitarios deberán ser conciliados y autorizados previamente a su ejecución entre las Partes.

No obstante a lo anterior, EL PRESTADOR no estará obligado a ejecutar la prestación de servicio alguno que no sea reconocido de común acuerdo ente las Partes y en caso contrario y si llegaré a ejecutarlos será a su solo costo.

## CLÁUSULA 15. AJUSTE DE COSTOS

Las Partes acuerdan que el monto de la Contraprestación así como los Precios Unitarios establecidos en el **Anexo "C"** serán ajustados de manera anual, conforme el Índice de Precios al Consumidor de los Estados Unidos de América.

Las Partes convienen en tomar como base los costos desglosados que se señalan en los **Anexos "C"** que EL PRESTADOR presentó como parte de la Oferta Técnico-Económica de EL PRESTADOR, la evaluación tendrá lugar dentro de los sesenta (60) días naturales siguientes a la publicación del índice mencionado. La formalización del ajuste de costos correspondiente se llevará a cabo mediante la suscripción del convenio modificatorio respectivo.

## CLÁUSULA 16. ASPECTOS FISCALES

Cada una de las Partes pagará todas y cada una de las contribuciones y demás cargas fiscales que conforme las leyes federales, estatales o municipales de los Estados Unidos Mexicanos, tengan obligación de cubrir durante el Plazo, ejecución y cumplimiento del presente Contrato, de cada Orden de Servicio y sus Anexos.

## CLÁUSULA 17. SUSPENSIÓN TEMPORAL POR CASO FORTUITO O FUERZA MAYOR.

IHSA únicamente tendrá la facultad de suspender temporalmente los servicios correspondientes a la Fase 2, objeto de una Orden de Servicio, en cualquier estado en que éstos se encuentren, por causas derivadas de acontecimientos de Caso Fortuito o Fuerza Mayor. La fecha de terminación y el Plazo de ejecución del servicio en consecuencia se prorrogarán en igual proporción al periodo que comprenda la suspensión. No será motivo de suspensión el suministro deficiente de materiales y equipos de instalación permanente, cuando dicho suministro sea responsabilidad de EL PRESTADOR.

En caso que la suspensión prevista en la presente Cláusula tenga una duración mayor de 5 (cinco) días naturales, IHSA deberá pagar a EL PRESTADOR, en los términos de la Cláusula 9 anterior, los Gastos No Recuperables.

## CLÁUSULA 18. MODIFICACIONES



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 20 de 34



FECHA: 01/04/2010

IHSA podrá solicitar por escrito a EL PRESTADOR cualquier modificación que altere el alcance y especificaciones del servicio a realizarse bajo una Orden de Servicio y/o sus Anexos, siempre y cuando para tal efecto las Partes lleguen a un acuerdo sobre la contraprestación a pagar por dichos servicios.

EL PRESTADOR revisará y contestará con prontitud cualquier requerimiento sujeto a lo previsto en esta cláusula, la modificación será llevada a cabo de conformidad con los términos y condiciones del Contrato y mediante la suscripción del convenio correspondiente.

EL PRESTADOR tendrá derecho a objetar cualquier modificación que a su juicio, genere responsabilidades no consideradas para efectos del Contrato. Queda entendido que si EL PRESTADOR, directa o indirectamente, ejecuta cualquier modificación sin haber sido autorizado por escrito por el Representante de IHSA, dicha modificación será exclusivamente por cuenta y riesgo de EL PRESTADOR, la cual estará sujeta a las responsabilidades del caso.

Las Partes procurarán llegar a un acuerdo con respecto a la cantidad de modificaciones solicitadas y el precio que se pagará por las mismas, dicho acuerdo deberá constar por escrito y ser firmado por los representantes de las Partes. Sin tal acuerdo no se acometerá ninguna modificación y no se realizarán los servicios correspondientes.

## CLÁUSULA 19. TERMINACIÓN ANTICIPADA

IHSA tiene la facultad de dar por terminado el presente Contrato o cualquier Orden de Servicio de manera anticipada, previo aviso por escrito con por lo menos 60 (sesenta) días de anticipación a la fecha efectiva de terminación. En caso que IHSA dé por terminado de manera anticipada el presente Contrato, las Órdenes de Servicio emitidas y aún en ejecución, serán terminadas igualmente. En caso que IHSA dé por terminado de manera anticipada el presente Contrato o cualquier Orden de Servicio, por causas no atribuibles a EL PRESTADOR o a Fuerza Mayor o Caso Fortuito o por rescisión por causa imputable a IHSA, EL PRESTADOR tendrá derecho a solicitar a IHSA e IHSA deberá pagar, en forma inmediata y sin necesidad de requerimiento o intervención judicial o arbitral a EL PRESTADOR, el pago de las cantidades establecidas en el Apéndice N° 1 Tablas de Cargos por Terminación Anticipada que corresponda a cada Orden de Servicio así como cualesquier penas generadas en su favor y la cantidad correspondiente por la prestación de los servicios y/o ejecución de las obras correspondientes que hasta dicho momento se hubieren prestado o llevado a cabo en todas las Órdenes de Servicio en efecto o en la Orden de Servicio terminada.

## CLÁUSULA 20. RESCISIÓN

Ambas Partes están de acuerdo en que el incumplimiento total o parcial de cualquiera de sus obligaciones contenidas en el presente Contrato será causa de rescisión, que operará de pleno derecho, sin necesidad de resolución judicial previa y sin más formalidad que notificarlo a la Parte que haya incumplido con por lo menos sesenta (60) Días Hábiles de anticipación; independientemente de la acción de daños y perjuicios o en su caso el reclamo de penas convencionales que corresponda a la Parte afectada. Si dentro de dicho término la Parte que ocurrió en incumplimiento subsana el mismo, el presente Contrato continuará en vigor y la rescisión del mismo será improcedente.

## CLÁUSULA 21. GARANTÍAS

### 21.1 DEL PRESTADOR

Salvo que de otra forma se acuerde expresamente por las Partes en una Orden de Servicio, EL PRESTADOR, a fin de garantizar el cumplimiento de las obligaciones derivadas del presente Contrato, entregará a IHSA dentro de los quince (15) Días Hábiles siguientes a la firma de cada Orden de Servicio, una póliza de fianza para dicha Orden de Servicio, por una cantidad equivalente al diez por ciento (10%) del monto total de la Orden de Servicio correspondiente, expedida por institución autorizada debidamente



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

autorizada para ello y a favor de IHSA. Con respecto a la póliza de fianza de cada Orden de Servicio, el prestador manifiesta expresamente:

(a) Su conformidad para que la fianza que garantiza el cumplimiento de la Orden de Servicio que corresponda, permanezca vigente durante la substanciación de todos los procedimientos judiciales o arbitrales y los respectivos recursos que se interpongan con relación al presente Contrato y/o la Orden de Servicio respectiva, hasta que sea dictada resolución definitiva que cause ejecutoria por parte de la autoridad o tribunal competente.

(b) Su aceptación para que la fianza de cumplimiento permanezca vigente hasta que las obligaciones garantizadas de la Orden de Servicio correspondiente, hayan sido cumplidas en su totalidad a satisfacción de IHSA en la inteligencia que la conformidad para la liberación deberá ser otorgada mediante escrito suscrito por IHSA.

(c) Su conformidad en que la reclamación que se presente ante la afianzadora por incumplimiento de una Orden de Servicio y/o el Contrato, quedará debidamente integrada con la siguiente documentación:

1. Reclamación por escrito a la institución de fianzas, expresando en detalle en que consistió el supuesto incumplimiento.

2. Copia de la póliza de fianza y sus documentos modificatorios, en su caso.

3. Copia del Contrato y de la Orden de Servicio garantizada y sus Anexos, en su caso.

4. Copia del documento de notificación al fiado de su incumplimiento.

5. Cuantificación del incumplimiento.

La póliza de fianza de ninguna manera será considerada como una limitación de la responsabilidad de EL PRESTADOR derivada de sus obligaciones contenidas en el Contrato o de la Orden de Servicio garantizada y no impedirá que IHSA reclame el pago de las penas convencionales, en caso que el monto de éstas exceda el valor de la garantía de cumplimiento.

En el caso de cualquier modificación al monto o al plazo pactado en una Orden de Servicio y/o sus Anexos, EL PRESTADOR se obliga a realizar todas las acciones razonables para entregar a IHSA dentro de los quince (15) días naturales siguientes a la formalización del convenio modificatorio respectivo; el endoso de la garantía de cumplimiento otorgada originalmente conforme a los términos establecidos en este Contrato, en el cual se garanticen las obligaciones de la Orden de Servicio y del convenio correspondiente. El endoso deberá contener la estipulación de que es conjunto, solidario e inseparable de la garantía de cumplimiento inicialmente presentada por EL PRESTADOR.

**21.2 DE IHSA**

IHSA, con el fin de (i) garantizar el cumplimiento de sus obligaciones derivadas del presente Contrato y cada Orden de Servicio; y (ii) de asegurar el pago de la Contraprestación correspondiente a los servicios a ser prestados, entregará a EL PRESTADOR conjuntamente a la firma de cada Orden de Servicio y contra la presentación de la factura respectiva, la cantidad de anticipo que se determine en cada Orden de Servicio (el "**Anticipo**"), misma que equivaldrá por lo menos a dos meses de la Contraprestación en cada caso. Salvo que hayan sido aplicados al pago de algún incumplimiento conforme a lo previsto adelante en este inciso, EL PRESTADOR utilizará el monto del Anticipo para aplicarlo conforme se señale en la Orden de Servicio correspondiente.

En caso de que IHSA no realice el pago del "**Anticipo**" a los 15 días naturales de la ejecución de la Orden de Servicio, EL PRESTADOR podrá suspender en su totalidad la prestación de los servicios objeto de la Orden de Servicio sin responsabilidad o penalidad alguna, hasta que dicha cantidad sea recibido.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



Pág. 22 de 34

FECHA: 01/04/2010

Asimismo, las Partes acuerdan que en el supuesto que IHSA incumpla de manera total o parcial con sus obligaciones derivadas del Contrato y/o de cualquier Orden de Servicio y/o sus Anexos, EL PRESTADOR podrá, sin necesidad declaración judicial previa, aplicar el "**Anticipo**" para cubrir cualquier adeudo que IHSA tenga a su cargo. Para efectos de lo anterior, las Partes acuerdan que en caso que IHSA no pague a EL PRESTADOR las cantidades que IHSA le adeude a este dentro de los plazos establecidos para ello dentro del Contrato y/o cualquier Orden de Servicio, EL PRESTADOR, a partir del Día Hábil siguiente a que se verifique dicho incumplimiento, podrá utilizar el Anticipo para cubrir el adeudo referido.

Una vez que EL PRESTADOR hubiere aplicado el Anticipo para cubrir el adeudo de IHSA, EL PRESTADOR notificará dicha situación a IHSA, quien tendrá a obligación de reintegrar la cantidad que se hubiere destinado por EL PRESTADOR para cubrir el adeudo dentro de los 15 (quince) días naturales siguientes a la fecha en que EL PRESTADOR hubiere notificado a IHSA de dicha aplicación. En caso de que IHSA no reintegre las cantidades mencionadas, dentro del término de 15 (quince) días naturales señalado, EL PRESTADOR podrá suspender en su totalidad la prestación de los servicios objeto de la Orden de Servicio sin responsabilidad o penalidad alguna, hasta que dicha cantidad sea reintegrada.

El Anticipo de ninguna manera será considerado como una limitación de la responsabilidad de IHSA, por lo que EL PRESTADOR tendrá a salvo sus derechos para reclamar a IHSA la indemnización correspondiente por los daños y perjuicios que se le causen como consecuencia de cualquier incumplimiento de IHSA.

En caso que el monto de la Contraprestación y/o a la vigencia de una Orden de Servicio sean modificados, IHSA se obliga a realizar todas las acciones necesarias para entregar a EL PRESTADOR dentro de los 15 (quince) días naturales siguientes a la firma del convenio modificatorio respectivo, la cantidad correspondiente mediante la cual se garanticen sus obligaciones derivadas del Contrato, la Orden de Servicio y/o sus Anexos; de lo contrario, EL PRESTADOR podrá suspender en su totalidad la prestación de los servicios objeto de la Orden de Servicio sin responsabilidad o penalidad alguna, hasta que dicha cantidad sea reintegrada.

## CLÁUSULA 22. PÓLIZAS DE SEGURO

Salvo que de otra forma se acuerde expresamente por las Partes en una Orden de Servicio, EL PRESTADOR se obliga a obtener y presentar previo al inicio del servicio de cada Orden de Servicio, documentación que evidencie el pago correspondiente de las pólizas de seguro que se indican a continuación:

### 22.1 SEGURO DE RESPONSABILIDAD CIVIL GENERAL

Con límite de responsabilidad único y combinado, la cual deberá cubrir, como mínimo, una cantidad equivalente al monto total de la Orden de Servicio, contando con las coberturas siguientes:

1. Cobertura básica de actividades e inmuebles.
2. Instalaciones subterráneas, trabajos de soldadura, carga y descarga, demolición, explosivos, máquinas de trabajo, apuntalamiento y otros trabajos especiales.
3. Responsabilidad civil asumida (en su caso).
4. Productos y trabajos terminados.
5. Responsabilidad civil por contaminación del medio ambiente y recursos naturales.
6. Terremoto, temblor, maremoto y erupción volcánica.
7. Ciclón, huracán e inundación.

La póliza deberá contener en su caso, un endoso en el que se haga constar que operará en exceso de cualquier otra cobertura individual de responsabilidad civil no mencionada en los puntos anteriores.

En este seguro se deberá considerar a IHSA como un tercero invariablemente.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



FECHA: 01/04/2010

## 22.2 SEGURO DE OBRA CIVIL EN CONSTRUCCIÓN Y CONTRA TODO RIESGO DE MONTAJE

Con límite de responsabilidad igual al monto total de la Orden de Servicio apareciendo como asegurados EL PRESTADOR principal y/o sub-prestadores y/o IHSA, hasta por el interés que a cada uno corresponda conteniendo las siguientes coberturas:

1. Cobertura principal (todo riesgo de daños materiales).
2. Cláusula de mantenimiento de la Orden de Servicio de construcción (12 meses).
3. Remoción de escombros, con un límite de responsabilidad del diez por ciento (10%) del monto del Contrato.
4. Cualquier actividad de montaje de materiales, maquinaria o infraestructura.

## 22.3 SEGURO DE RESPONSABILIDAD CIVIL DE VEHÍCULOS

Con límite único y combinado por la cantidad de $1'000,000.00 M.N. (UN MILLÓN DE PESOS 00/100 M.N.), la cual deberá amparar las responsabilidades derivadas del uso de todos los vehículos propios, rentados o bajo cualquier otra forma, por daños a terceros en sus personas o en sus bienes.

Tratándose de vehículos de tipo pesado (camiones) deberá incluirse la cobertura de daños por la carga hasta por el mismo límite antes señalado. En este seguro se deberá considerar a IHSA, como un tercero invariablemente.

En caso de resultar insuficiente la cantidad descrita en el primer párrafo de la presente cláusula, EL PRESTADOR se compromete a cubrir la totalidad de los daños causados siempre y cuando hayan sido generados a consecuencia de causas atribuibles al mismo.

## 22.4 CONDICIONES GENERALES Y REQUISITOS QUE DEBERÁN CONTENER LAS POLIZAS

1. Todas las pólizas de seguros requeridos en este Contrato tendrán una vigencia a partir de un día antes de la iniciación del servicio y hasta la recepción del mismo, siempre y cuando se realice antes de las doce del día, de lo contrario la vigencia será un día después a dicha recepción.
2. Es obligación de EL PRESTADOR proporcionar a IHSA los documentos que evidencien el pago de las primas vigentes y la documentación que certifique la cobertura y valor de las pólizas. Por falta de cumplimiento de las obligaciones de este inciso o del anterior por causas imputables a EL PRESTADOR, IHSA tendrá la facultad de rescindir la Orden de Servicio o no permitirle a EL PRESTADOR la ejecución del servicio objeto de la Orden de Servicio y ello no relevará a EL PRESTADOR de su total responsabilidad en cuanto al cumplimiento del programa de ejecución pactado para la realización del servicio y no será causa de reclamación alguna por parte de EL PRESTADOR.
3. Las compañías de seguros no tendrán recurso en contra de IHSA por concepto del pago de primas o por contribuciones bajo cualquier forma mutual de póliza. Todos los seguros referidos, deberán incluir la renuncia de los aseguradores a todos sus derechos de subrogación contra IHSA.
4. Las pólizas deberán contener un endoso de no cancelación que garantice la cobertura por toda la vigencia que se contrate.
5. Cualquier deducible aplicable en los seguros antes descritos, serán asumidos invariablemente por EL PRESTADOR.
6. Cualquier modificación en los términos y condiciones de las pólizas deberá informarse previamente a IHSA y deberá ser efectiva después de treinta (30) días de la notificación por escrito en las oficinas de IHSA previa aceptación de los nuevos términos por parte de la misma.



7.  Las pólizas deberán mencionar dentro de su contenido a IHSA como beneficiario.

## 22.5 LIMITACIÓN DE RESPONSABILIDAD

Las Partes acuerdan que el límite de responsabilidad extracontractual por acciones u omisiones de EL PRESTADOR derivadas de la ejecución de cada Orden de Servicio con motivo de las pólizas de seguro emitidas de conformidad con la presente cláusula no podrá exceder en lo individual o en su conjunto del monto total de dichas pólizas, por lo que las Partes aceptan que cualquier reclamación por dichas acciones u omisiones deberá ser cubierta mediante indemnización otorgada por la institución aseguradora que emita las pólizas anteriores.

## CLÁUSULA 23. PENAS CONVENCIONALES

### 23.1 PENA CONVENCIONAL POR ATRASO EN EL INICIO DE LA OPERACIÓN COMERCIAL DEL SERVICIO

En caso de que por causas imputables a EL PRESTADOR se retrase el inicio de la Fase 2 del servicio objeto de una Orden de Servicio de acuerdo con su programa de ejecución aprobado en el **Anexo "DE"**, IHSA aplicará una pena equivalente a cero punto cuatro por ciento (0.4%) del monto establecido en el **Anexo "C"** de dicha Orden de Servicio por cada semana de retraso, misma que no podrá exceder del cinco por ciento (5%) del monto total de dicha fase. En caso de que el incumplimiento supere el límite de penalización, IHSA podrá optar por aplicar la Cláusula 20 del Contrato.

### 23.2 PENA CONVENCIONAL POR INCUMPLIMIENTO DEL FACTOR DE DISPONIBILIDAD Y/O ENTREGA DEL VOLUMEN DE CAPACIDAD

En caso de que EL PRESTADOR incumpla el Factor de Disponibilidad en la operación comercial del servicio y/o la entrega del volumen de capacidad del Sistema Centralizado de Compresión de conformidad con el Procedimiento de Aplicación de Factores de Corrección establecido en el **Anexo "B-1"**, IHSA aplicará la pena convencional al pago mensual que reciba EL PRESTADOR de conformidad con el citado Procedimiento de Aplicación de Factores de Corrección establecido en el **Anexo "B-1"** del presente contrato.

Quedan excluidas las siguientes causas de incumplimiento por no ser imputables a EL PRESTADOR.

(i)   Las fallas detectadas que según el Estudio de Integridad resulten en necesidad de reducción de condiciones de operación del suministro al Sistema de Compresión de Gas o Equipos.

(ii)  La reducción de las condiciones operativas determinadas unilateralmente por IHSA.

(iii) En general cualquier causa ajena a EL PRESTADOR y que sea demostrada y determinada por IHSA.

### 23.3 PENA CONVENCIONAL POR INCUMPLIMIENTO DE LA FASE 3 DEL SERVICIO

En caso de que EL PRESTADOR no realice la desmovilización de los equipos utilizados con motivo de la ejecución del servicio y saneamiento ambiental del Área de Trabajo, así como la entrega del Informe Final de Obra correspondiente dentro del plazo de 90 días naturales, contados a partir de la fecha en que la operación comercial (Fase 2 del servicio) se concluya, reconoce y acepta que IHSA solicitará el pago del monto erogado por su cuenta con motivo de la desmovilización de los equipos de EL PRESTADOR y saneamiento ambiental del Área de Trabajo, la cual no podrá exceder del diez por ciento (10%) del monto total de la Orden de Servicio correspondiente y sus modificaciones correspondientes con motivo de ajuste de costos.

EL PRESTADOR pagará la pena antes mencionada previa comprobación por parte de IHSA de los gastos erogados con motivo de la desmovilización de la Infraestructura en un plazo no mayor a quince (15) días naturales.


Las Partes acuerdan que el monto de las penas convencionales establecidas en las cláusulas 23.1, 23.2 y 23.3., anteriores en ningún caso podrán ser superiores en lo individual o en su conjunto al monto total de la Garantía de EL PRESTADOR establecida en la Cláusula 21 numeral 21.1. En caso de que la cuantía supere el monto de dicha garantía las Partes de común acuerdo optarán por la terminación anticipada o en su caso la rescisión de la Orden de Servicio, conforme lo establecido en la Cláusula 20.

No procederá la aplicación de tales penas cuando el retraso en el programa de ejecución sea por Caso Fortuito o Fuerza Mayor o cualquier otra causa no imputable a EL PRESTADOR, ya que en tal situación, de común acuerdo, se harán las modificaciones procedentes al programa de ejecución establecido en el **Anexo "DE"** de cada Orden de Servicio.

### 23.4 PENA POR INCUMPLIMIENTO DE LAS OBLIGACIONES DE PAGO

En caso de que IHSA incumpla con su obligación de pago por más de treinta (30) días naturales con motivo de causas no justificadas, pagará a EL PRESTADOR una pena convencional equivalente a cero punto cero cinco por ciento (0.05%) del monto correspondiente por cada día de atraso en el cumplimiento de su obligación.

## CLÁUSULA 24. INCENTIVOS

### 24.1 POR INICIO ANTICIPADO EN LA OPERACIÓN COMERCIAL DEL SERVICIO

En caso de que EL PRESTADOR e IHSA decidan la necesidad de otorgar un incentivo para promover el avance de cualquier fase de servicio, este incentivo será mencionado y cuantificado en la Orden de Servicio correspondiente.

### 24.2 POR EXCEDER EL FACTOR DE EFECTIVIDAD Y/O ENTREGA DEL VOLUMEN DE CAPACIDAD

En caso de que EL PRESTADOR e IHSA decidan la necesidad de otorgar un incentivo para aumentar el cumplimiento del factor de disponibilidad en la operación comercial del servicio, este incentivo será mencionado y cuantificado en la Orden de Servicio correspondiente.

## CLÁUSULA 25. CASO FORTUITO O FUERZA MAYOR

Se entiende por "Caso Fortuito o Fuerza Mayor" aquellos fenómenos de la naturaleza o hechos de personas, ajenos a la voluntad de cualquiera de las Partes y que se producen sin que haya falta o negligencia por parte de las mismas, que son insuperables, imprevisibles, o que previéndose no se pueden evitar, que impiden a la Parte afectada llevar a cabo sus obligaciones de conformidad con el presente Contrato y/o una Orden de Servicio. Entre otros, se considera Caso Fortuito o Fuerza Mayor, acontecimientos tales como huelgas y disturbios laborales (siempre y cuando no se haya dado causa o contribuido a ellos), motines, cuarentenas, epidemias, guerras (declaradas o no), bloqueos, disturbios civiles, insurrecciones, incendios (cuando no se haya dado causa o contribuido a ellos), así como tormentas, huracanes, inundaciones o cualquier fenómeno de la naturaleza.

La Parte que invoque el Caso Fortuito o Fuerza Mayor deberá probar la existencia de tal acontecimiento, acto u hecho y la relación de causa-efecto entre el mismo y la obligación u obligaciones incumplidas

Asimismo, se entenderá como Caso Fortuito o Fuerza Mayor, la imposibilidad para alguna de las Partes de obtener a tiempo y bajo su responsabilidad de cualquier autoridad gubernamental, cualquier permiso, autorización o licencia requerida en relación con el desarrollo de los servicios objeto del Contrato y/o de



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010**
**DE SERVICIOS RELACIONADOS A**
**COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

EXTERRAN

Pág. 26 de 34

FECHA: 01/04/2010

cualquier Orden de Servicio, a pesar de haber implementado las acciones necesarias y aplicado sus mejores esfuerzos, y que por ello se cause un retraso o incumplimiento a las obligaciones pactadas.

Adicionalmente, EL PRESTADOR podrá invocar como supuesto de Caso Fortuito o Fuerza Mayor, la imposibilidad de tener acceso a superficies de terreno que sean propiedad de terceros, a pesar de haber implementado las acciones necesarias, aplicado sus mejores esfuerzos y haber cumplido con las Disposiciones Aplicables, sin poder obtener el instrumento legal necesario para tener acceso a los terrenos o porciones de terreno, y así cumplir con sus obligaciones en términos del presente Contrato y/o de cualquier Orden de Servicio.

En caso de suspensión del servicio con motivo de Caso Fortuito o Fuerza Mayor, se estará a lo dispuesto en las Cláusulas 17 y 18 del Contrato.

En caso de terminación anticipada derivada de Caso Fortuito o Fuerza Mayor, se estará a lo dispuesto en las Cláusulas 5 y 19 del Contrato.

## CLÁUSULA 26. REPRESENTANTES AUTORIZADOS DE LAS PARTES

IHSA con anterioridad al inicio del servicio de cada Orden de Servicio, designará por escrito a su Representante, el cual dará a EL PRESTADOR por escrito o a través de medios electrónicos de comunicación las instrucciones que estime pertinentes relacionadas con la ejecución del servicio que corresponda. IHSA podrá llevar a cabo la supervisión de los servicios materia de cada Orden de Servicio directamente o a través de terceras personas autorizadas para tal efecto por IHSA. En dicho caso, IHSA deberá de notificar a EL PRESTADOR dicha situación, proporcionando todos los datos de identificación del tercero que realizará la supervisión.

Por su parte, EL PRESTADOR se obliga a tener disponible a su respectivo Representante para cualquier asunto que IHSA necesita aclarar, mismo que deberá conocer todos los aspectos relacionados con cada Orden de Servicio y sus Anexos, así como estar facultado para oír y recibir toda clase de notificaciones, aún las de carácter personal, así como contar con las facultadas operativamente.

EL PRESTADOR queda obligado a designar antes del inicio del servicio y a mantener durante la vigencia de cada Orden de Servicio, un responsable de seguridad industrial, salud ocupacional y protección ambiental, así como un coordinador, mismos que deberán conocer el Contrato, la Orden de Servicio que corresponda y sus Anexos, así como las normas y procedimientos de seguridad industrial, salud ocupacional y protección ambiental establecidos por IHSA, y las disposiciones contenidas en el **Anexo "S"**.

El Representante de EL PRESTADOR a quien se refiere esta cláusula, no podrá fungir como responsable de seguridad industrial, salud ocupacional y protección ambiental.

En cualquier momento y por causas justificadas, IHSA podrá solicitar el cambio de cualquiera de los representantes de EL PRESTADOR y éste se obliga a designar a otra persona que reúna los requisitos solicitados por IHSA.

## CLÁUSULA 27. SUBCONTRATACIÓN

EL PRESTADOR no podrá subcontratar la administración y dirección del servicio, la inspección y evaluación de integridad de los equipos, y la rehabilitación de las fallas determinadas como necesarias resultado de la Evaluación de Integridad.



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

EXTERRAN

Pág. 27 de 34

FECHA: 01/04/2010

En caso de que EL PRESTADOR requiera subcontratar cualquier parte del servicio o cuando adquiera materiales o equipos que incluyan su instalación en el Área de Trabajo que no haya incluido en su propuesta de servicios a subcontratar, deberá solicitar autorización a IHSA con diez (10) días naturales de anticipación al inicio programado de los servicios que pretenda subcontratar, indicando:

    (i) El nombre del posible sub-prestador en cuestión;
    (ii) La parte de los servicios a ser subcontratada; y
    (iii) La información suficiente para que IHSA esté en condiciones de evaluar la capacidad técnica del posible sub-prestador.

Asimismo, IHSA tendrá el derecho de solicitar a EL PRESTADOR cualquier información adicional a fin de autorizar la subcontratación en cuestión. IHSA tendrá un período de diez (10) días naturales a partir de la fecha de recepción de la notificación, o a partir de la fecha de recepción de la información adicional solicitada, para aceptar o rechazar por escrito la subcontratación propuesta por EL PRESTADOR. En caso de que transcurra el plazo antes referido sin que IHSA haya aceptado o rechazado por escrito la solicitud de EL PRESTADOR, ésta se tendrá por no aceptada. Dicha autorización no podrá ser rechazada por parte de IHSA sin motivos justificados.

En el supuesto de que EL PRESTADOR desee sustituir a un sub-prestador, deberá solicitar la autorización a IHSA en los términos señalados en la presente cláusula, no siendo esto motivo de incremento en los precios pactados ni en el Plazo de ejecución.

Las Partes convienen en que quedará estrictamente prohibido a EL PRESTADOR subcontratar los servicios objeto de cada Orden de Servicio en su totalidad.

No obstante, cualquier subcontratación, EL PRESTADOR es y será el único responsable de la calidad y de la ejecución adecuada y oportuna de los servicios de conformidad con el presente Contrato y cada Orden de Servicio. Los sub-prestadores no tendrán acción o derecho alguno que hacer valer en contra de IHSA.

## CLÁUSULA 28. RELACIÓN DEL PRESTADOR CON SUS TRABAJADORES

EL PRESTADOR como único patrón del personal que utilice con motivo de la ejecución del servicio, será el responsable de las obligaciones derivadas de las disposiciones legales y demás ordenamientos en materia de la Ley Federal del Trabajo y seguridad social para con sus trabajadores y/o empleados.

En consecuencia EL PRESTADOR conviene en responder de todas las reclamaciones laborales y/o de seguridad social que sus trabajadores y/o empleados, incluyendo personal de sus sub-prestadores presenten en su contra o en contra de IHSA, estando obligado a sacar en paz y a salvo de cualquier juicio o responsabilidad derivada de anteriores reclamaciones a IHSA y resarcirá cualquier cantidad que ésta ultima llegare a erogar incluyendo el pago de honorarios razonables de abogados.

De igual forma, IHSA conviene en responder de todas las reclamaciones laborales y/o de seguridad social que sus trabajadores y/o empleados, incluyendo personal sus sub-prestadores presenten en su contra o en contra de EL PRESTADOR, estando obligado a sacar en paz y a salvo de cualquier juicio o responsabilidad derivada de anteriores reclamaciones a EL PRESTADOR y reembolsará cualquier cantidad que ésta ultima llegare a erogar incluyendo el pago de honorarios razonables de abogados.

## CLÁUSULA 29. PRÓRROGA A LA FECHA DE TERMINACIÓN

La fecha estimada de terminación del Plazo de ejecución de las fases del servicio establecidas en cada Orden de Servicio, podrá ser prorrogada mediante mutuo acuerdo entre las Partes, únicamente cuando ocurran los siguientes eventos:



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 28 de 34



FECHA: 01/04/2010

1. Si ocurre algún acontecimiento de Caso Fortuito o Fuerza Mayor debidamente acreditado, la fecha de terminación será prorrogada por un período de tiempo igual al de la suspensión producida por el acontecimiento de Caso Fortuito o Fuerza Mayor, siempre y cuando se realice el acta de suspensión correspondiente entre IHSA y EL PRESTADOR, misma que deberá acompañarse de la documentación de soporte correspondiente. La Parte que solicite la suspensión del servicio deberá notificarlo por escrito dentro de las veinticuatro (24) horas siguientes a la ocurrencia del evento, en caso contrario no se concederá prórroga alguna. La Parte que reciba la solicitud deberá emitir la resolución correspondiente dentro de los cinco (5) días naturales siguientes, de no hacerlo, la solicitud se tendrá por no aceptada. En caso de que proceda dicha prórroga, deberá formalizarse mediante convenio modificatorio y establecer dentro de su contenido el programa de ejecución actualizado.

2. Si los servicios o cualquier parte de la ejecución de los mismos son retrasados debido a cualquier acto u omisión de IHSA o de terceros que trabajen en el Área de Trabajo a su cargo, sin que se trate de EL PRESTADOR o cualquiera de sus prestadores, la fecha de terminación será prorrogada por el período de tiempo que sea necesario, para ello se levantará el acta de suspensión correspondiente, misma que deberá acompañarse de la documentación de soporte y el programa de ejecución actualizado.

## CLÁUSULA 30. FINIQUITO DEL CONTRATO

Concluidos los servicios objeto de cada Orden de Servicio, las Partes suscribirán el Acta de Finiquito . EL PRESTADOR comunicará a IHSA por escrito la terminación total del servicio de conformidad con el Contrato, cada Orden de Servicio y sus Anexos.

Dentro de los treinta (30) días naturales siguientes a la fecha de recepción de la referida comunicación, el Representante de IHSA verificará que las obras e infraestructura construida e instalada como consecuencia de la ejecución de la Fase 1 de los servicios objeto de cada Orden de Servicio (distinta a la que sea propiedad de EL PRESTADOR) así como los servicios correspondientes a la Fase 3 del servicio objeto de cada Orden de Servicio se encuentre debidamente concluido, basándose en los criterios de recepción establecidos en el Contrato y cada Orden de Servicio.

Si durante la verificación de servicio, el Representante de IHSA observa deficiencias o determina que éstos no han sido concluidos de acuerdo con las Disposiciones Aplicables, los requerimientos o especificaciones del Contrato, cada Orden de Servicio y sus Anexos, solicitará por escrito a EL PRESTADOR su restitución, reparación o corrección, a efecto de que sean realizados conforme las disposiciones establecidas en el Contrato, cada Orden de Servicio y sus Anexos. En este supuesto, el plazo de verificación podrá prorrogar por el período que acuerden las Partes para la reparación de las deficiencias. Lo anterior, sin perjuicio de que IHSA opte por la aplicación de las penas convencionales aplicables.

Concluidos los servicios, IHSA y EL PRESTADOR deberán elaborar dentro del término de treinta (30) días naturales, el Acta de Finiquito, en donde se harán constar las obligaciones pendientes de las Partes o en su caso, se dará por concluida la relación contractual nacida por virtud de cada Orden de Servicio y se otorgarán ambas Partes el finiquito y liberación de responsabilidad correspondiente, de conformidad y de manera consistente con todos los términos del presente Contrato, cada Orden de Servicio y sus Anexos. En caso que existan obligaciones pendientes de cumplir, dentro del Acta de Finiquito se deberá describir en que consiste la obligación y la manera en que se cumplirá (i.e., plazo de cumplimiento, forma etc). El Acta de Finiquito, formará parte de cada Orden de Servicio. En dicho documento se harán constar las obligaciones pendientes de las Partes, o en su caso se dará por concluida la relación contractual de cada Orden de Servicio.

## CLÁUSULA 31. CONFIDENCIALIDAD DE LA INFORMACIÓN

Las Partes acuerdan que los dibujos, planos, especificaciones, diseños, datos, reportes, estudios u otros documentos o información de cualquier naturaleza que sean proporcionados, desarrollados o generados con



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010**
**DE SERVICIOS RELACIONADOS A**
**COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



Pág. 29 de 34

FECHA: 01/04/2010

motivo de la ejecución de este Contrato y de cada Orden de Servicio y se intercambien las Partes, serán propiedad exclusiva de la Parte que hubiere revelado dicha información o hubiere entregado dichos documentos. Por consiguiente, las Partes no podrán divulgar de ninguna manera, información, documentos, datos o resultados producto de la ejecución del servicio.

A efectos del párrafo anterior se considera información confidencial todas las notificaciones, informes, documentos, datos, resultados, el conocimiento y la experiencia tecnológica que sea resultado directo o indirecto de la ejecución del servicio. Por lo tanto las Partes reconocen que todos aquellos que se definan como tal, son de carácter confidencial y constituyen un secreto intelectual, comercial e industrial.

En caso de incumplimiento por cualquiera de las Partes de las disposiciones establecidas en la presente cláusula, la Parte que resulte afectada podrá solicitar el resarcimiento de daños y perjuicios.

Las Partes convienen en tomar todas medidas necesarias para asegurar que su personal mantenga dicha información en la más estricta confidencialidad, incluyendo en forma enunciativa y no limitativa la celebración de contratos de confidencialidad con sus empleados y el instituir medidas de seguridad.

Las obligaciones de confidencialidad contenidas en esta cláusula se mantendrán vigentes por un periodo de cinco (5) años contados a partir de la fecha de terminación o rescisión de cada Orden de Servicio.

## CLÁUSULA 32. CERTIFICACIÓN

EL PRESTADOR deberá garantizar la calidad y ejecución del servicio conforme la normas vigentes aplicables al objeto del presente Contrato y de cada Orden de Servicio, para tal efecto llevará a cabo la certificación del servicio y las obras ejecutadas desde su inicio y hasta su término conforme las citadas normas a través de actividades de supervisión, revisión y certificación de los procedimientos y técnicas contempladas en cada una de las fases que forman parte del servicio, mencionando en cada una de ellas las actividades de limpieza, inspección, análisis de anomalías y reparación de las mismas. La ejecución de dicho proceso es obligación de EL CONTRATISTA y deberá ser ejecutado de forma permanente durante la vigencia de cada Orden de Servicio.

Queda debidamente establecido que las actividades necesarias para dar atención a las recomendaciones, términos y condicionantes de la certificación del servicio y obras ejecutadas, así como la solución o reparación de las mismas, siempre y cuando no sean atribuibles a IHSA, quedan bajo la responsabilidad de EL PRESTADOR y cualquier nulidad parcial o total del certificado y sus consecuencias, son responsabilidad de éste último.

## CLÁUSULA 33. DISPOSICIONES EN MATERIA DE SEGURIDAD, SALUD Y PROTECCIÓN AMBIENTAL

### 33.1 RESPONSABILIDADES AMBIENTALES A CARGO DE IHSA

1. IHSA será responsable ante EL PRESTADOR de acuerdo con las Disposiciones Aplicables y las Buenas Prácticas de la Industria del Petróleo por concepto de responsabilidades ambientales previas a la Fecha Efectiva en el Área de Trabajo.
2. Las responsabilidades ambientales en el Área de Trabajo posteriores a la Fecha Efectiva, si se comprueba que están relacionadas con operaciones llevadas a cabo por IHSA serán bajo su responsabilidad y tendrá la obligación de restaurar cualquier parte del Área de Trabajo en la medida, forma y oportunidad requerida por las Disposiciones Aplicables y las Buenas Prácticas de la Industria del Petróleo.
3. IHSA liberará e indemnizará de toda responsabilidad a EL PRESTADOR por cualquier reclamación o Responsabilidad Ambiental previa a la Fecha Efectiva en el Área de Trabajo.

### 33.2 RESPONSABILIDADES AMBIENTALES A CARGO DEL PRESTADOR





**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



1. No obstante que IHSA continuará siendo formalmente el responsable ante las Autoridades Gubernamentales, EL PRESTADOR será responsable de velar por la aplicación a todas las actividades en el Área de Trabajo del Programa de Protección Ambiental y de Seguridad; las Disposiciones Aplicables, incluyendo la Ley General del Equilibrio Ecológico y la Protección al Ambiente y su reglamento, la Ley de Aguas Nacionales y su reglamento; decretos; normas oficiales mexicanas; así como leyes y reglamentos estatales aplicables en materia ambiental y se obliga a no descargar, derramar, emitir o depositar cualquier sustancia, residuo, partícula o material contaminante (incluyendo cualquier forma de energía) al o en el medio ambiente en el Área de Trabajo, o cualquier otro lugar en la medida que esté prohibido por las Disposiciones Aplicables.

2. EL PRESTADOR será responsable ante IHSA, en la medida, forma y oportunidad requerida por las Disposiciones Aplicables, de todas las Responsabilidades Ambientales que surjan como consecuencia de las actividades realizadas con motivo del Contrato entre la Fecha Efectiva y la Fecha de Terminación en el Área de Trabajo, o que surjan con posterioridad a la Fecha de Terminación siempre y cuando sea por actividades realizadas por EL PRESTADOR, alguna filial de EL PRESTADOR o algún sub-prestador de éste. La responsabilidad de EL PRESTADOR referida en el presente numeral será exigible a éste por un término de un año, contado a partir de que las Partes suscriban el Acta de Finiquito, transcurrido dicho término, las Partes acuerdan que EL PRESTADOR estará liberado de cualquier responsabilidad y por lo tanto IHSA acepta no ejercer ningún tipo de acción frente al prestador por dicho concepto.

3. Entre otras Responsabilidades Ambientales, EL PRESTADOR tendrá la obligación de restaurar cualquier parte del Área de Trabajo en la medida, forma y oportunidad requerida por las Disposiciones Aplicables y las Buenas Prácticas de la Industria del Petróleo.

## 32.3 DISPOSICIONES DE SEGURIDAD VIAL

Cuando **EL PRESTADOR**, su personal, subcontratistas y/o empresas filiales se trasladen mediante el uso de cualquier tipo de vehículo a instalaciones propiedad o en custodia de **IHSA**, incluyendo el retorno a las instalaciones u oficinas de **EL PRESTADOR**, deberán observar las siguientes restricciones:

Ningún tipo de vehículo podrá ser conducido a más de:

a) 90 Km./h. para carreteras de doble carril.
b) 85 Km./h. para carreteras de carril único con arcén asfaltado de más de 1.5 metros.
c) 60 Km./h. para las de carril único con arcén inferior a 1.5 metros.
d) 30 Km./h. para las brechas de acceso a plantas y localizaciones.

## 33.3 INDEMNIZACIÓN

Las Partes acuerdan que por concepto de cualquier querella o demanda interpuesta o impuesta por cualquier persona o Autoridad Gubernamental que surja con motivo de Responsabilidades Ambientales o incumplimiento de las Disposiciones Aplicables en materia de protección al Medio Ambiente entre la Fecha Efectiva y la Fecha de Terminación relacionadas con el Área de Trabajo será responsabilidad de ambas Partes, sin menoscabo de la determinación de responsabilidad de la Parte que haya dado origen al incumplimiento.

Si con motivo de cualquier sustancia, residuo, partícula o material contaminante que este por debajo, superpuesta o entremezclada en el Área de Trabajo se causa Responsabilidades Ambientales, ambas Partes deberán encargarse de corregir los daños o anomalías.

Una vez que sea determinada la responsabilidad de la Parte que causo los daños o anomalías, esta reembolsará los costos incurridos en dichas actividades de corrección, siempre que dichos costos estén

Case 4:21-cv-01840   Document 1-2   Filed on 06/07/21 in TXSD   Page 31 of 34



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**



Pág. 31 de 34

FECHA: 01/04/2010

debidamente fundados y puedan ser probados por documentos avalados por instituciones acreditadas para tales efectos.

Las Partes acuerdan que deberán de sacar en paz y salvo a la otra, en caso que cualquier tercero presente alguna reclamación judicial, extrajudicial, administrativa, civil, mercantil y/o penal en su contra, por cualquier acción atribuible a la primera. Debiendo igualmente la Parte responsable indemnizar a la Parte afectada por los gastos que le hubieren tenido que erogar como consecuencia de la reclamación del tercero.

El incumplimiento de las **DISPOSICIONES DE SEGURIDAD VIAL** indicadas en esta Cláusula podrá ser motivo de rescisión del Contrato o penalizaciones económicas por daños o perjuicios, sin menoscabo de la responsabilidad civil, incluyendo daños a terceros, en que incurra **EL PRESTADOR**.

A criterio de **IHSA**, podrán ser impuestas penalizaciones económicas que estarán comprendidas en el rango de los US$1,000.00 (MIL DÓLARES 00/100 DE LOS ESTADOS UNIDOS DE AMÉRICA) hasta los US$10,000.00 (DIEZ MIL DÓLARES 00/100 DE LOS ESTADOS UNIDOS DE AMÉRICA) las cuales serán determinadas en función de la gravedad y reincidencia del incumplimiento (s).

### 33.4 PROGRAMA DE SEGURIDAD, SALUD Y PROTECCIÓN AMBIENTAL

A más tardar treinta (30) días antes del inicio de cada Orden de Servicio, EL PRESTADOR debe proporcionar a IHSA su Programa de Seguridad, Salud y Protección Ambiental para su revisión correspondiente, el cual deberá incorporar los lineamientos generales en materia de protección ambiental y de seguridad establecidos en el **Anexo "S"** incluyendo los aspectos relativos a las obligaciones de EL PRESTADOR conforme al presente Contrato y cada Orden de Servicio.

Dentro del plazo de treinta (30) días contados a partir de la recepción del borrador del Programa de Seguridad, Salud y Protección Ambiental, IHSA evaluará la adecuación del Programa conforme al **Anexo "S"**, y proporcionará a EL PRESTADOR comentarios y sugerencias a dicho borrador. Con base en su experiencia y conocimientos técnicos, EL PRESTADOR evaluará dichos comentarios o sugerencias, en el entendido que:

  (i) Si EL PRESTADOR decidiera no incorporar todos o cualquier parte de dichos comentarios o sugerencias, justificará su decisión a satisfacción razonable del Representante de IHSA, y en caso de diferencias al respecto, cualquiera de las Partes podrá someter la controversia bajo los términos del presente Contrato.

  (ii) La incorporación de los comentarios o sugerencias no relevará a EL PRESTADOR de sus Responsabilidades Ambientales y en Materia de Seguridad de conformidad con el presente Contrato.

Una vez recibidos los comentarios y sugerencias de IHSA a que se hace referencia en el inciso (ii), si las hubiere, pero en ningún caso en un plazo mayor de treinta (30) días siguientes a su recepción, EL PRESTADOR deberá entregar al Representante de IHSA la versión final del Programa de Protección Ambiental y de Seguridad que estará en vigor y efecto a partir de dicha fecha.

En caso de considerarlo conveniente, EL PRESTADOR podrá en cualquier momento modificar la versión final del Programa de Seguridad, Salud y Protección Ambiental de conformidad con el inciso (iii), previa notificación a IHSA de los cambios o modificaciones al Programa de Seguridad, Salud y Protección Ambiental, el cual deberá continuar cumpliendo con el **Anexo "S"**. Si EL PRESTADOR considera apropiado proponer cambios al Programa de Seguridad, Salud y Protección Ambiental que no incorporan en su totalidad lo previsto en el **Anexo "S"**, EL PRESTADOR deberá obtener previamente la aprobación de IHSA.

Las actividades del Programa de Seguridad, Salud y Protección Ambiental deberán incluir como mínimo las siguientes:

Case 4:21-cv-01840   Document 1-2   Filed on 06/07/21 in TXSD   Page 32 of 34



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010**
**DE SERVICIOS RELACIONADOS A**
**COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 32 de 34

EXTERRAN

FECHA: 01/04/2010

(i)     Política de Seguridad: Deberá estar alineada con la Política de Seguridad, Salud y Protección Ambiental de IHSA.
(ii)    Compromiso visible en todo nivel de la organización de EL PRESTADOR.
(iii)   Auditorias efectivas diarias.
(iv)   Plan de emergencias.
(v)    Informe y análisis de incidentes y accidentes.
(vi)   Organización estructurada específica y permanente en el organigrama de EL PRESTADOR.
(vii)   Responsabilidad de línea de mando.
(viii)   Función de Seguridad Industrial específica y permanente en el organigrama de EL PRESTADOR.
(ix)   Plan de motivación progresiva por escrito y con actividades de seguimiento y evaluación.
(x)    Comunicaciones efectivas.
(xi)   Capacitación y entrenamiento con programa.
(xii)   Estándares de desempeño establecidos y permanentes respecto de la Seguridad, Salud y Protección Ambiental, sin omitir al menos uno para cada una de las actividades aquí establecidas.
(xiii)   Metas y objetivos anuales, con actividades de seguimiento y evaluación.

Este programa y su cumplimiento podrá ser auditado por IHSA, a través de su propio personal o de terceros.

**CLÁUSULA 34. COMUNICACIONES E IDIOMA**

Las Partes se obligan a comunicarse por escrito toda información que se genere con motivo del cumplimiento y ejecución del presente Contrato y cada Orden de Servicio en idioma español, por consiguiente todas las actuaciones que se lleven a cabo, incluyendo audiencias o conducción de procesos arbítrales serán en idioma español.

En caso de ser solicitado por IHSA, EL PRESTADOR deberá realizar la traducción simple de la información que le sea solicitada del idioma ingles o cualquier otro en que esta se encuentre, a idioma español.

**Comunicaciones a IHSA:**
Las comunicaciones relativas a cuestiones técnicas deberán ser entregadas en forma personal al Representante o a la persona que se designe por cualquier medio o de mensajería que asegure su recepción en el domicilio siguiente:

Calle Nicolás Bravo 201
Esq. Cuauhtémoc 209
Zona Centro. CP 87600.
San Fernando, Tamaulipas.
Teléfono (841) 852-0090.

Las comunicaciones de índole administrativa y/o legal deberán ser entregadas en forma personal, o por cualquier otro medio o de mensajería que asegure su recepción en el domicilio siguiente:

Av. Batallón de San Patricio 111. Piso 29
Torre ING Comercial América
Valle Oriente, C.P. 66269,
San Pedro Garza García, Nuevo León
Teléfono (81) 8363-8290.

**Comunicaciones a EL PRESTADOR:**
Las comunicaciones relativas a cuestiones técnicas deberán ser entregadas en forma personal al Representante o a la persona que se designe por cualquier medio o de mensajería que asegure su recepción en el domicilio siguiente:



**CONTRATO MAESTRO N° IHSA-EEM 01/04/2010
DE SERVICIOS RELACIONADOS A
COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO**

Pág. 33 de 34



FECHA: 01/04/2010

Blvd. Loma Real No. 1160, Fraccionamiento Loma Real
Reynosa, Tamaulipas, C.P. 88715
Tel: (899) 9093300

Las comunicaciones de índole administrativo y/o legal deberán ser entregadas en forma personal, o por cualquier otro medio o de mensajería que asegure su recepción en el domicilio siguiente:
Blvd. Loma Real No. 1160, Fraccionamiento Loma Real
Reynosa, Tamaulipas, C.P. 88715
Tel: (899) 9093300

## CLÁUSULA 35. ORDEN DE PRELACIÓN DE DOCUMENTOS

Para efectos de interpretación del presente Contrato y sus Anexos en caso de que existan contradicciones entre ambos, prevalecerán las disposiciones del Contrato y sus Anexos sobre las contenidas en cada Orden de Servicio y sus Anexos .

## CLÁUSULA 36. CONCILIACIÓN Y ARBITRAJE

Las Partes procurarán solucionar entre ellas, cualquier controversia o reclamo que surja de la ejecución, interpretación o incumplimiento de este Contrato. A tal fin, cualquiera de las Partes notificará a la otra parte mediante escrito razonado sobre el asunto controvertido, reclamo, interpretación o supuesto incumplimiento. Una vez recibida la notificación, las Partes tendrán un lapso de quince (15) días hábiles para resolver el asunto planteado. De no lograr la solución amigable de la controversia en el plazo antes indicado, o cualquiera de sus prórrogas acordadas de mutuo acuerdo por escrito entre las Partes, si las hubiere, la controversia será resuelta definitivamente de acuerdo con el Reglamento de Arbitraje de la Cámara de Comercio Internacional por un panel arbitral compuesto por tres árbitros, de los cuales dos serán designados por cada una de las Partes y el tercero será designado por los árbitros que en definitiva hayan sido designados. El idioma del arbitraje será el español y la sede del mismo será la Ciudad de Monterrey, Nuevo León, México. las Partes se someten a la jurisdicción de los tribunales federales competentes de la Ciudad de Monterrey, Nuevo León, México, para substanciar el procedimiento de ejecución y reconocimiento del laudo arbitral que en su momento se emita. La parte que resulte ganadora tendrá derecho al cobro de los gastos y honorarios de abogados incurridos con ocasión del arbitraje siempre y cuando así lo establezca el laudo arbitral.

## CLÁUSULA 37. LEY APLICABLE

El presente Contrato se regirá por las Leyes Federales de los Estados Unidos Mexicanos y demás disposiciones que de ellas emanen en vigor.

## CLÁUSULA 38. ANEXOS

Acompañan y forman parte integrante del presente Contrato, los Anexos firmados de conformidad por ambas Partes que se describen a continuación:

| ANEXO "1" | FORMATO DE ORDEN DE SERVICIO |
| ANEXO "A" | PLANOS Y DIAGRAMAS |
| ANEXO "B" | ESPECIFICACIONES GENERALES. |
| ANEXO "B-1" | ESPECIFICACIONES PARTICULARES. |
| ANEXO "S" | REQUERIMIENTOS DE SEGURIDAD, SALUD Y PROTECCIÓN AMBIENTAL. |

A cada Orden de Servicio, se acompañara y formarán parte integrante de las mismas, los anteriores Anexos firmados de conformidad por ambas Partes que sean modificados para el caso especifico de cada Orden de Servicio, siendo aplicables dichos Anexos modificados respecto de los aquí incorporados.



| | CONTRATO MAESTRO N° IHSA-EEM 01/04/2010 DE SERVICIOS RELACIONADOS A COMPRESIÓN CENTRALIZADA DE GAS DEL CAMPO NEJO | |
|---|---|---|
| Pág. 34 de 34 | | FECHA: 01/04/2010 |



El presente Contrato es la expresión libre de la voluntad de las Partes, por no existir error, lesión, dolo, violencia ni mala fe, por lo que al firmarlo lo ratifican para los efectos legales a que haya lugar en dos (2) ejemplares, en la Ciudad de Monterrey N.L., a los 12 días del mes de Mayo de 2010.

**IBEROAMERICANA DE HIDROCARBUROS, S.A. DE C.V.**

**EXTERRAN ENERGY DE MÉXICO, S.A. DE C.V.**

**CARLOS ALONSO PÉREZ**
**REPRESENTANTE LEGAL**

**JORGE ROLANDO ABREU BLANCO**
**APODERADO**